Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland Division

|  |  |
|---|---|
| Gordon Alan Gefroh | Case No.   6:20-cv-00471 MK |
| _____ | _(to be filled in by the Clerk's Office)_ |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional* | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| | |
| Beth Crawford OSB# 082957; Frederick Boss OSB# 911424, Deputy Attorney General; Tiffany Deaton; Locke Williams OSB# 921578 | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)* | |

**SECOND AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND THEFT AND PETITION FOR DECLARATORY RELIEF (42 U.S.C. 1983) AND PETITION FOR HABEAS CORPUS**

(Non–Prisoner Complaint)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gordon Alan Gefroh |
| Address | 23635 Timber Supply Road |
| | Philomath  Oregon  97370 |
| | *City  State  Zip Code* |
| County | Benton |
| Telephone Number | 503-997-9555 |
| E-Mail Address | gordongefroh@peak.org |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Beth Crawford |
| Job or Title *(if known)* | Defendant |

| Address | 310 NW 5th St. Ste. 205 | | |

| | Corvallis | Oregon | 97330 |
| | *City* | *State* | *Zip Code* |

County | Benton

Telephone Number | 541-752-0037

E-Mail Address *(if known)* | info@crawfordlawfirm.us

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**

Name | Frederick Boss, Deputy Attorney General, OSB# 911424

Job or Title *(if known)* | Deputy Attorney General, Oregon OSB# 911424

Address | 1162 Court St NE

| Salem | Oregon | 97301 |
| *City* | *State* | *Zip Code* |

County | Marion

Telephone Number | 503 378-6002

E-Mail Address *(if known)* | fred.boss@doj.state.or.us

☐ Individual capacity   ☒ Official capacity

**Defendant No. 3**

Name | Tiffany Deaton

Job or Title *(if known)* | Court Administrator

Address | 120 NW Fourth St., Benton County Courthouse

| Corvallis | Oregon | 97330 |
| *City* | *State* | *Zip Code* |

County | Benton

Telephone Number | 503-378-6002

E-Mail Address *(if known)* | Tiffany.Deaton@co.benton.wa.us

☐ Individual capacity   ☒ Official capacity

**Defendant No. 4**

Name | Locke Williams

Job or Title *(if known)* | Judge

Address |

| Corvallis | Oregon | 97380 |
| *City* | *State* | *Zip Code* |

County | Benton

Telephone Number |

E-Mail Address *(if known)* | Locke.A.Williams@ojd.state.or.us

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

☐ Individual capacity    ☒ Official capacity

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

This is a "suit on the bond" for Redress of Grievances, for Trespass, Theft and Kidnap.

At all relevant times, Defendants Locke Williams and Matthew J. Donohue and Beth Crawford and Frederick Boss acted as officials within their official capacity, but outside the metes and bounds of U.S. Const. 1:8:17.

The Oregon local Bar is a member of the American Bar Association. The members of the Oregon local Bar (including Defendants Locke Williams and Matthew J. Donohue and Beth Crawford and Frederick Boss) are authorized to practice law ONLY within District 19, which is ONLY located in federal subdivisions, federal enclaves, federal islands, federal reservations, that are subject to United States Constitution, ARTICLE I - SECTION § 8:17 (Exhibit Page 8) (hereafter "1:8:17") (hereafter "Federal areas"). The only Federal areas within the exterior boundaries of the Union State at Large called Oregon are Crater Lake, Sheridan Prison, Fort Stevens, and the Oregon City Canal, according to ORS Chapter 272. Nothing that is relevant to this case is located in any of those areas. Nothing that is relevant to the Benton County case is located in any Federal area whatsoever. Other areas may be presumed to be Federal areas, however any such presumption is rebutted by the statement of facts in this Complaint.

The government has jurisdiction ONLY:
A. Where it reserved such jurisdiction upon entry of the state into the union;
B. Where, prior to February 1, 1940, it acquired property for a purpose enumerated in the Constitution with the consent of the state;
C. Where it acquired property whether by purchase, gift or eminent domain, and thereafter, but prior to February 1, 1940, received a cession of jurisdiction from the state; and
D. Where it acquired the property, and/or received the state's consent or cession of jurisdiction after February 1, 1940, and has filed the requisite acceptance.
In other words, the government has jurisdiction only in Federal areas, also called "the special territorial jurisdiction of the United States."

Prior to February 1,1940, it was presumed that the United States accepted jurisdiction whenever the state offered it because the donation was deemed a benefit. See Fort Leavenworth R.R. Co. v. Lowe, 114 U.S. at 528. This presumption was reversed by enactment of the Act of February 1, 1940, codified at 40 USC 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835), 3111 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144) and 3112 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144). This statute requires the head or authorized officer of the agency acquiring or holding property to file with the state a formal acceptance of such "jurisdiction, exclusive or partial as he may deem desirable," and further provides that in the absence of such filing "it shall be conclusively presumed that no such jurisdiction has been acquired." See Adams v. United States, 319 U.S. 312. The requirement of 40 U.S.C. § 255 can also be fulfilled by any filing satisfying state law. United States v. Johnson, 994 F.2d 980, 984-86 (2d Cir. 1993).

If the land in question is other than a military base, the regional counsel's office of the General Services Administration usually has the complete roster of all Federal lands and buildings in its region and can frequently provide a definitive answer to jurisdiction. If the land in question is part of a military base, contact with the post Staff Judge Advocate may be helpful. If the military personnel in the field or the field attorneys of the agency having responsibility for the land are unable to render assistance, the Office of Enforcement Operations of the Criminal Division should be called.

Under section 2.2(a) of the American Bar Association Bylaws and Constitution for the years 2020-2021, "The Commonwealth of Puerto Rico and the District of Columbia shall be treated as if they were states." Therefore, District 19 encompasses ONLY Federal areas.

The Opinion Letter (Exhibit Page 15) states that "this Court has personal jurisdiction over both parties" (which is false, as Gordon is a "non-resident alien" and is not a statutory "person" and is not a resident of a Federal area). The Opinion Letter also states that the Court has "subject matter jurisdiction," however the Opinion Letter omits and fails to mention that the Court has subject matter jurisdiction ONLY within the boundary line of Federal areas. In addition, the Opinion Letter was not signed under penalty of perjury. See 28 U.S.C. 1746.

In the case against Gordon, the Benton County Court is operating under color of law outside the constitutionality of the relevant Oregon statutes because it is operating outside the metes and bounds of the Federal areas.

The Oregon statutes that have been executed by the Benton County Court, by mode of summons, orders and opinion letter, are inoperable and in Violation of 1:8:17.

### THE FOLLOWING LAWS ARE VIOLATED:

ARTICLE I - SECTION § 8:17 United States Constitution (Exhibit Page 8) (hereafter "1:8:17") note: Where congress exercises exclusive Legislation in all Cases whatsoever:

ARTICLE IV - SECTION § 4 United States Constitution (Exhibit Page 12): Privileges and Immunities from De Facto Government and Legislative Statutes; Gordon has the right to a common law Republican Form of Government.

40 U.S.C. 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835) "It is conclusively presumed that jurisdiction has not been accepted until the Government accepts jurisdiction over land as provided in this section." Violation and Invalidated, Without Acceptance Filing, see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52. (R.S. §355; June 28, 1930, ch. 710, 46 Stat. 828; Feb. 1, 1940, ch. 18, 54 Stat. 19; Oct. 9, 1940, ch. 793, 54 Stat. 1083; Pub. L. 91–393, §1, Sept. 1, 1970, 84 Stat. 835. ; Cross References :

Erection of public buildings on condemned property authorized though Attorney General has not approved title, see section 258e of Title 40.

Power of United States to acquire land within the States, see Const. Art. 1, §8, cl. 17 (Exhibit Page 8).

President authorized to procure consent of State within which any land has been purchased for forts, magazines, etc., see section 103 of Title 4, Flag and Seal, Seat of Government, and the States. Purchase contract agreements, applicability of section to, see section 356 of Title 40.)

U.C.C. 1-103 Common Law Forum Over  Personal Jurisdiction, Subject Matter Jurisdiction, Violation: UCC 1-103:23 A statute should be construed in harmony with the common law unless there is a clear legislative intent to abrogate the common law: Violated.  In April 2020, Gordon reserved his unalienable common law rights, and it is not unequivocally legislatively clear unless boundary lines, metes and bounds have been established as prescribed under 40 USC 255,3111,3112 where congress exercises exclusive legislation.

U.C.C. 1-103 (b) Unless displaced by the particular provisions of the Uniform Commercial Code, the principles of law and equity, including the law merchant and the law relative to capacity to contract, principal and agent, estoppel, fraud, misrepresentation, duress, coercion, mistake, bankruptcy, and other validating or invalidating cause supplement its provisions.

U.C.C. 3-501 Improper Endorsement, Lack of Power of Attorney to Act On Behalf of Another.

U.C.C. 3-419 Accommodation Party Violation. Defendants Locke Williams and Matthew J. Donohue and Beth Crawford caused, coerced by trespass, Gordon into a municipal Benton County court case in a presumed Federal Area without authority and without consent.

18 U.S.C. 7 (3) Special Maritime Admiralty Jurisdiction –
(3) Any lands reserved or acquired for the use of the United States, and under the exclusive or concurrent jurisdiction thereof, or any place purchased or otherwise acquired by the United States by consent of the legislature of the State in which the same shall be, for the erection of a fort, magazine, arsenal, dockyard, or other needful building.
– is invalidated and inoperable unless the OSB membered defendants can evidence the metes and bounds of the federal areas and includes personal jurisdiction and subject matter jurisdiction over Gordon  has no force and effect.  The damages has caused funds to be liened and garnished from bank accounts, liened properties, and child under duress without consent into custody of Benton County Court without any authority. None of the members of the family were born on Federal land. The following are also inoperable: marriage license, birth hospitals, social security number, driver license, children, husband, wife.

28 U.S.C. 1746 Unsworn Statements Under Penalties of Perjury (Violated), 1759. PERJURY CASES -- 28 USC 1746 DECLARATIONS: CRIMINAL RESOURCE MANUAL - invalidated (Added Pub. L. 94–550, § 1(a), Oct. 18, 1976, 90 Stat. 2534.)

43 U.S.C. 83 Certified Federal Instruments: Land Patents Evidence (Violated) (Mar. 22, 1904, ch. 748, 33 Stat. 144 ; Oct. 28, 1921, ch. 114, §1, 42 Stat. 208 ; Mar. 3, 1925, ch. 462, 43 Stat. 1145 ; 1946 Reorg. Plan No. 3, §403, eff. July 16, 1946, 11 F.R. 7876, 60 Stat. 1100.)

U.C.C. 1-206, ORS 71.2060 Presumption Invalidated Lack of Validation over case# 20DR01906 Benton County Courthouse

(R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.)

All of the above laws are applicable to this case, see 1 U.S.C. § 112 (July 30, 1947, ch. 388, 61 Stat. 636; Sept. 23, 1950, ch. 1001, § 1, 64 Stat. 979; Oct. 31, 1951, ch. 655, § 3, 65 Stat. 710; Pub. L. 98–497, title I, § 107(d), Oct. 19, 1984, 98 Stat. 2291.)

The edition of the laws and treaties of the United States, published by Little and Brown (Exhibit Page 1-14, 28-37), shall be competent evidence of the several public and private Acts of Congress, in all the courts of law and equity and of maritime jurisdiction, and in all the tribunals and public offices of the United States, and of the several States, without any further proof or authentication thereof.

See 1 U.S. Code § 113 (July 30, 1947, ch. 388, 61 Stat. 636; Pub. L. 89–497, § 1, July 8, 1966, 80 Stat. 271; Pub. L. 98–497, title I, § 107(d), Oct. 19, 1984, 98 Stat. 2291.)

---

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1. It is conclusively presumed that the subject matter and/or personal matter is not operable within the jurisdiction of the court in question.
2. Validation of operability has not been established the court in question and the Attorney General State of Oregon.

---

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."  42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Initiator of Claim Petition for Divorce, Beth Crawford OSB# 082957

---

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Beth Crawford practicing law in Benton County Court, see Exhibit 'A' - Case #20DR01906 -- wrongful filing of case, wrongly assuming subject matter jurisdiction and personal jurisdiction and geographical jurisdiction -- Gordon Gefroh's land is the privately owned subject of Land Patents and deeds under common law; Gordon Gefroh's land has never been ceded to the Federal Government, and the United States has never accepted jurisdiction over Gordon Gefroh's land, therefore it shall be conclusively presumed that no such jurisdiction has been accepted, therefore the facts of which Beth Crawford complains could not have occurred in a place where there is subject matter jurisdiction, personal jurisdiction and geographical jurisdiction; where Congress shall exercise exclusive legislation under Article 1, Section 8, Clause 17 of the U.S. Constitution -- there is no proof of metes and bounds other than 40 USC 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835), 3111 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144) and 3112 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144)  -- and who has jurisdiction over that area, the sovereign Union State at Large (whose seat is at Salem) or the sovereign National Government (whose seat is at Washington, D.C.)?

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Benton County District Court February 17, 2020, case number filed 1/30/2020 10:09AM

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

All of the defendants attempted to put asunder what God has joined together, in violation of the First Amendment and KJV Mark 10:9 "But from the beginning of the creation God made them male and female. 7For this cause shall a man leave his father and mother, and cleave to his wife; 8And they twain shall be one flesh: so then they are no more twain, but one flesh. 9What therefore God hath joined together, let not man put asunder. 10And in the house his disciples asked him again of the same matter. 11And he saith unto them, Whosoever shall put away his wife, and marry another, committeth adultery against her. 12And if a woman shall put away her husband, and be married to another, she committeth adultery." and KJV Matthew 19:6: "The Pharisees also came unto him, tempting him, and saying unto him, Is it lawful for a man to put away his wife for every cause? 4And he answered and said unto them, Have ye not read, that he which made them at the beginning made them male and female, 5And said, For this cause shall a man leave father and mother, and shall cleave to his wife: and they twain shall be one flesh? 6Wherefore they are no more twain, but one flesh. What therefore God hath joined together, let not man put asunder. 7They say unto him, Why did Moses then command to give a writing of divorcement, and to put her away? 8He saith unto them, Moses because of the hardness of your hearts suffered you to put away your wives: but from the beginning it was not so. 9And I say unto you, Whosoever shall put away his wife, except it be for fornication, and shall marry another, committeth adultery: and whoso marrieth her which is put away doth commit adultery."

I Gordon Gefroh called Benton County Court Clerks Office Corvallis Oregon,  approximately Mid May 2020 to acquire the name of the Court Clerk that served my case to the Benton Court. I was told her name was Tiffany Deaton after she looked up the case file. When I asked to speak to her, I was told that she was filling in due to sickness within the clerks office and that Tiffany Deaton was employed for only three days.

Writ of Habeas Corpus: Plaintiff's child Jason Gefroh was unlawfully taken outside the jurisdictional boundary lines, and is now restrained of liberty in Benton County, Oregon, by Mary Gefroh and Defendant Beth

Crawford. Jason Gefroh is not imprisoned or restrained by virtue of any order, judgment or process specified in ORS 34.330. The cause or pretense of the imprisonment or restraint, according to the best knowledge or belief of Plaintiff, is a divorce case (20DR01906) which lacks jurisdiction. The claim has not already been adjudged upon a prior writ of habeas corpus, to the knowledge or belief of the plaintiff. The undersigned hereby verifies these statements by my oath, to the effect that the plaintiff believes them to be true.

Beth Crawford, acting without authority outside the Federal Area, filed (and is prosecuting) a divorce case.

Locke Williams and Matthew J. Donohue, acting without authority outside the Federal Area, acting as officials in their official capacity as judges, but without being properly in office, signed documents in that divorce case. In particular, Locke Williams signed an Opinion Letter of Benton Court, but that Opinion Letter cited no authority, thus preventing due process to Gordon to question, oppose or counter it; with no law to counter, the court is going forward as of May 26, 2020 without authority. See Amendment 14, sections 1-5, United States Constitution. No one has produced the requested "formal Opinion Letter" from the Oregon Attorney General, referring to the Acceptance Filing showing metes and bounds of the Federal areas where Congress exercises exclusive legislation under U.S. Const. 1:8:17, and thus the Benton County Court has geographical jurisdiction and subject matter jurisdiction and personal jurisdiction prescribed under 40 USC 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835), 3111 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144) and 3112 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144). In addition, the Opinion Letter was not signed under penalty of perjury. See 28 U.S.C. 1746.

Frederick Boss failed, upon demand, to order from the Attorney General a copy of the formal Acceptance Filing prescribed by ORS 272.030 which would show the metes and bounds of the boundary of the Federal Areas.

Location of Subject Matter and Personal Subject Matter is not within the Federal enclave. The Federal enclave is invalidated. See below (evidence)

The divorce case number 20DR01906 is invalidated and has not been validated. See Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

There have never been any hearings in the divorce case number 20DR01906.

All of the Defendants molested my rights with a forced advancement, by dishonoring my reservation of unalienable rights (see Exhibit Page 1), by failing to perform the requirements of USC 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835), 3111 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144) and 3112 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144).

Child Removed Without Cause: Statutory Restraint ORS 107.097, 107.093, 107.095 (Child, Jason), is invalidated for lack of jurisdiction until validated by acceptance filing, supported by Attorney General's opinion letter: see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

Marriage Dissolution ORS 107.095 (4) is invalidated for lack of jurisdiction until validated by acceptance filing, supported Attorney General's opinion letter: See Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

Marriage Dissolution Case #20DR01906 is invalidated for lack of proper endorsement, see 28 U.S.C. 1746 Unsworn Statements Under Penalties of Perjury (Violated), see Justice Manual 1759. PERJURY CASES -- 28 USC 1746 DECLARATIONS: CRIMINAL RESOURCE MANUAL.

Marriage Dissolution Case #20DR01906, under ORS 107.095 is invalidated for lack of jurisdiction, until validated by acceptance filing, supported by Attorney General's opinion letter: see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

Certificate of Residency ORS 14.070 and UTCR 8.010(1) is invalidated for lack of jurisdiction until validated by acceptance filing, supported by Attorney General's opinion letter: see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

Dolores Gefroh, alleged address, 1222 9th St. Philomath, Oregon 97370 is invalidated for lack of jurisdiction until validated by acceptance filing, supported by Attorney General's opinion letter: see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

Gordon A. Gefroh, alleged address 23635 Timber Supply Road Philomath, Oregon 97370 is invalidated for lack of jurisdiction until validated by acceptance filing. supported by Attorney General's opinion letter: see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

Social Security Number: UTCR 2.100 alleged Confidential is invalidated for lack of jurisdiction until validated by acceptance filing, supported by Attorney General's opinion letter: see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

Private Property, all **not** within ORS Chapter 272.030:
1122 N. 9th St. Philomath, Oregon, Patent #3821
1124 N. 9th St. Philomath, Oregon, Patent #3821
Violation, Invalidated for lack of jurisdiction until validated by acceptance filing:
see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.
Gordon's land is not within one mile of any tract or parcel of land selected for a military post, or to any other land reserved for governmental purposes. See THIRTY-FIRST CONGRESS. SESS. I. CH. 76. 1856, Sec. 9.

23635 Timber Supply Rd. Philomath, Oregon 97370, Patent #760
Violation, Invalidated for lack of jurisdiction until validated by acceptance filing:
see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

4192 Sussex St. West Linn, Oregon 97068-3723, Patent #568
Violation, Invalidated for lack of jurisdiction until validated by acceptance filing:
see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

Certificate of Live Birth July 31st 1959 #113-59-009781 Location St. Joseph Hospital (currently Trinity Hospital) City of Minot North Dakota, violation: invalidated for lack of jurisdiction until validated by acceptance filing: see Adams v. United States, 319 U.S. 312 (1943); Surplus Trading Co. v. Cook, 281 U.S. at 651-52.

The State Defendants, trespassing their boundary lines of operation as described in U.S. Const 1:8:17 and 40 USC 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835), 3111 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144) and 3112 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144), unlawfully filed and prosecuted divorce case #20DR01906 in the Benton County Circuit Court. The State Defendants, as members of District 19, took an oath to the Oregon Bar and another oath to the American Bar, swearing to uphold the Constitution (Exhibit Page 8). The Attorney General, as the executive, is the holder of the Requisite Acceptance Filing(s) showing the boundary lines of Federal areas; see 40 USC 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835), 3111 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144) and 3112 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144). The Attorney General is responsible for drafting the Opinion Letter(s) showing the boundary lines of

District 19 of the ABA Constitution and Bylaws 2020 (Exhibit C); see 40 USC 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835), 3111 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144) and 3112 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144); see ORS Chapter 35, Chapter 272.030. The Attorney General had a duty to verify that the divorce case was within the boundary lines, but instead allowed the court to go forward without proving that the case was valid.

Locke Williams, in trespass of his boundary lines of operation as described in U.S. Const 1:8:17 and 40 USC 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835), 3111 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144) and 3112 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144), and acting outside District 19 of the ABA Constitution and Bylaws 2020, unlawfully wrote an Opinion Letter and an unlawful Restraining Order for Plaintiff's son Jason Gefroh. Locke Williams, as a member of District 19, took an oath to the Oregon Bar and another oath to the American Bar, swearing to uphold the Constitution (Exhibit Page 8).

Locke Williams, in trespass of his boundary lines of operation as described in U.S. Const 1:8:17 and 40 USC 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835), 3111 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144) and 3112 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144), and acting outside District 19 of the ABA Constitution and Bylaws 2020, unlawfully signed a document purportedly authorizing "a limited judgment for child and spousal support and a temporary order for the additional nonsupport relief" (Exhibit Page 16-17, 21).

Beth Crawford, purporting to be an attorney in Benton County, signed three unlawful Garnishments (Exhibit Page 18 through 27) to take money from Plaintiff's bank account, for a total of $18,523.34, without any prescribed Order signed by any judge, and no consent from Gordon, and no authority of law, and no signature from any judge.

All above defendants lacked a proper Oath of Office and a complete chain of documents connecting them to an Organic Law.

The (2020) American Bar Association Constitution and Bylaws states, under Article 2 §2.1 (h),(i),(o):
> (h) "District" refers to the following areas with states listed in the rotational order of representation on the Board, which order within a district may be varied by unanimous agreement among the affected states:
> ...
> At the conclusion of the 2017 Annual Meeting:
> ...
> District 19: Iowa, Oregon, South Carolina
> (i) "Local bar association" means a bar association that is composed mostly of members of the bar who reside or have an office in a single city, county, or other political subdivision of a state, and the activities of which are not related primarily to social or library activities or to a specialized field of the law.
> ...
> (o) "Solo and Small Firm Practitioners" collectively means those lawyers in private practice who are in firms of not more than ten lawyers. [NOTE: Crawford comes under this provision]

The Oregon Bar Association is a "local bar association" as defined in the American Bar Association Constitution and Bylaws section 2.1(i), and is a member of the American Bar Association:
> (i) "Local bar association" means a bar association that is composed mostly of members of the bar who reside or have an office in a single city, county, or other political subdivision of a state, and the activities of which are not related primarily to social or library activities or to a specialized field of the law.

The American Bar Association Constitution and Bylaws states:

§10.1 Sections and Divisions. (a) There are within the Association the following sections and divisions for carrying on its work: ... Section of Family Law

Please note that §2.2 reveals that Oregon attorneys may only practice in the Commonwealth of Puerto Rico and the District of Columbia:

§2.2 General Provisions. For the purposes of this Constitution, the Bylaws, and any rules of the House of Delegates:

(a) The Commonwealth of Puerto Rico and the District of Columbia shall be treated as if they were states.

---

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See above under III C.  Other injuries to be determined.

Non medical : mistake over Jurisdiction.

---

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Writ of Habeas Corpus for Jason Gefroh, who was unlawfully taken outside the jurisdictional boundary lines.

Reversal of one or more unlawful order(s) to take $18,298.34 from Plaintiff's bank account plus $255 in fees, and return to Plaintiff of the money (in total $18,523.34).

I assert the Doctrine of Estoppel UCC 1-103:23, and relief from Special Maritime Admiralty Jurisdiction 18 U.S.C. § 7(3), for lack of validation of metes and bounds - where congress exercises exclusive legislation over subject matter and personal jurisdiction. (See June 25, 1948, ch. 645, 62 Stat. 685; July 12, 1952, ch. 695, 66 Stat. 589; Pub. L. 97–96, § 6, Dec. 21, 1981, 95 Stat. 1210; Pub. L. 98–473, title II, § 1210, Oct. 12, 1984, 98 Stat. 2164; Pub. L. 103–322, title XII, § 120002, Sept. 13, 1994, 108 Stat. 2021; Pub. L. 107–56, title VIII, § 804, Oct. 26, 2001, 115 Stat. 377.)

Money Claims: $20,000 per day for violation of all reserved unalienable rights (see Exhibit Page 1), claims commenced Feb 17, 2020.
The basis for the money claims is that the unalienable Rights (see Exhibit Page 1), which were reserved, have all been prejudiced without evidence or trying of the facts demanded.

Declaratory Relief and Declaratory Judgment and Declaratory Decree that Plaintiff has no nexus with Federal land, and that the Benton County Circuit Court lacks personal and subject matter jurisdiction over Plaintiff and the case in question, and that the Benton County Circuit Court has no right to proceed, and that Gordon has the right to use his money and other property unencumbered by the Benton County Circuit Court, and that Gordon has the right to free association with Jason Gefroh who is not lawfully nor legally a ward of the court.

Declaratory Relief and Declaratory Judgment and Declaratory Decree that the Benton County Opinion Letter (Exhibit B) is invalid and void, because it was based on a finding of facts with no authority; in addition, it is a Judicial Opinion Letter, and the law (see 40 USC 255 (5 Stat. 468; 46 Stat. 828; 54 Stat. 19, 1083; 84 Stat. 835), 3111 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144) and 3112 (Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144)) prescribes an Executive Opinion Letter and the consent of the Governor and the formal Acceptance of Congress. In addition, it was not signed under penalty of perjury. See 28 U.S.C. ¶ 1746.

A map of District 19 as defined in the ABA Constitution and Bylaws 2020.

The Requisite Filing and the Acceptance Filing and all other documents showing the boundaries of the land described by U.S.Const. 1:8:17 (Exhibit Page 8).

NOTICE: See 18 U.S. Code § 241, 242. Where a private party conspires with state officials to deprive others of constitutional rights, however, the private party is acting under color of state law. See Tower v. Glover, 467 U.S. 914, 920 (1984); Dennis v. Sparks, 449 U.S. 24, 27–28 (1980); Crowe v. Cty. of San Diego, 608 F.3d 406, 440 (9th Cir. 2010); Franklin v. Fox, 312 F.3d 423, 441 (9th Cir. 2002); DeGrassi v. City of Glendora, 207 F.3d 636, 647 (9th Cir. 2000); George v. Pacific-CSC Work Furlough, 91 F.3d 1227, 1231 (9th Cir. 1996) (per curiam); Kimes v. Stone, 84 F.3d 1121, 1126 (9th Cir. 1996); Howerton v. Gabica, 708 F.2d 380, 383 (9th Cir. 1983).

"To prove a conspiracy between the state and private parties under [§] 1983, the [plaintiff] must show an agreement or meeting of the minds to violate constitutional rights. To be liable, each participant in the conspiracy need not know the exact details of the plan, but each must at least share the common objective of the conspiracy." United Steelworkers of Am. v. Phelps Dodge Corp., 865 F.2d 1539, 1540–41 (9th Cir. 1989) (en banc) (citations and internal quotation marks omitted); see also Crowe, 608 F.3d at 440; Franklin, 312 F.3d at 441; Mendocino Envt'l Ctr. v. Mendocino Cty., 192 F.3d 1283, 1301–02 (9th Cir. 1999); Gilbrook v. City of Westminster, 177 F.3d 839, 856–57 (9th Cir. 1999); Taylor v. List, 880 F.2d 1040, 1048 (9th Cir. 1989).

The Supreme Court has concluded that private individuals who conspire with state officials to violate others' constitutional rights are not entitled to qualified immunity in § 1983 actions. Wyatt v. Cole, 504 U.S. 158, 168–69 (1992).

Moreover, conduct that would amount to state action for purposes of the Fourteenth Amendment is action under the color of state law for purposes of § 1983. See West, 487 U.S. at 49; Lugar v. Edmondson Oil Co., 457 U.S. 922, 935 (1982); Johnson, 113 F.3d at 1118; Fred Meyer, Inc. v. Casey, 67 F.3d 1412, 1414 (9th Cir. 1995); cf. Johnson, 113 F.3d at 1118–20 (describing tests for finding state action); Howerton, 708 F.2d at 382–83 (same).

Under the Fourteenth Amendment, Section 1: "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law[.]"

"The Fourteenth Amendment prohibits a State from depriving any person of life, liberty, or property without due process of law, and … furnishes an additional guaranty against any encroachment by the States upon the fundamental rights which belong to every citizen as a member of society." United States v. Cruikshank, 92 U.S. 542 (1875). According to Bouvier's Law Dictionary (1856), "Encroachment" means "An unlawful gaining upon the right or possession of another; as, when a man sets his fence beyond his line; in this case the proper remedy for the party injured is an action of ejectment, or an action of trespass." Here, Defendants encroached on Gordon's rights.

ORCP 4 - Jurisdiction (Personal) states:
Personal jurisdiction. A court of this state having jurisdiction of the subject matter has jurisdiction over a party served in an action pursuant to Rule 7 under any of the following circumstances:
 A Local presence or status. In any action, whether arising within or without this state, against a defendant who when the action is commenced:
  A(1) Is a natural person present within this state when served; or
  A(2) Is a natural person domiciled within this state; or
  A(3) Is a corporation created by or under the laws of this state; or
  A(4) Is engaged in substantial and not isolated activities within this state, whether such activities are wholly interstate, intrastate, or otherwise; or
  A(5) Has expressly consented to the exercise of personal jurisdiction over such defendant.
"This state" means either the District of Columbia or District 19 or a Federal territory, possession or enclave (as listed in ORS Chapter 272), or a similar Federal area. See also 26 U.S.C. § 7701(a)(9),(10) (see below for Statutes at Large and Public Law references).
Gordon has never been present within "this state."
Gordon has never been domiciled within "this state."
Gordon is not a corporation.
Gordon has never been engaged in substantial activities within "this state."
Gordon has never transacted business within "this state."

Gordon has never expressly consented to the exercise of personal jurisdiction.

Gordon has never been an "employee" as defined in 26 U.S.C. § 7701(a)(20) (see below for Statutes at Large and Public Law references).

Gordon has never been engaged in a "trade or business" as defined in 26 U.S.C. § 7701(a)(26) (see below for Statutes at Large and Public Law references).

Gordon has never been a "United States Person" as defined in 26 U.S.C. § 7701(a)(30)(A),(B),(C) (see below for Statutes at Large and Public Law references).

Gordon has never been a "citizen or resident of the United States" as referred to in in 26 U.S.C. § 7701(a)(39) (see below for Statutes at Large and Public Law references).

Gordon has never been a "resided in" (or been "found in") any "United States judicial district" as referred to in in 26 U.S.C. § 7701(a)(39), for purposes of any provision relating to (A) jurisdiction of course, or (B) enforcement of summons (see below for Statutes at Large and Public Law references).

Gordon has never engaged in any government-granted privilege of a type to support or justify the imposition of an excise, as referred to in Brushaber v. Union Pac. RR, 240 US 1 (1916).

Gordon has never had "income" as referred to in Merchants Loan & Trust Co. v. Smietanka, 255 U. S. 509 (1921). Note that these two above cases came before the case of James vs. Dravo, 302 U.S. 134 (1937), which determined that the "acceptance filing" is necessary before there can be subject matter jurisdiction.


Benton County Court violated the "economic substance doctrine" as referred to in 26 U.S.C. § 7701(o)(5)(A)


Gordon is a "nonresident alien" under 26 U.S.C. § 7701(b)(1)(B) (Aug. 16, 1954, ch. 736, 68A Stat. 911; Pub. L. 86-70, §22(g), (h), June 25, 1959, 73 Stat. 146; Pub. L. 86-624, §18(i), (j), July 12, 1960, 74 Stat. 416; Pub. L. 86-778, title I, §103(t), Sept. 13, 1960, 74 Stat. 941; Pub. L. 87-834, §§6(c), 7(h), Oct. 16, 1962, 76 Stat. 982, 988; Pub. L. 87-870, §5(a), Oct. 23, 1962, 76 Stat. 1161; Pub. L. 88-272, title II, §§204(a)(3), 234(b)(3), Feb. 26, 1964, 78 Stat. 36, 114; Pub. L. 89-368, title I, §102(b)(5), Mar. 15, 1966, 80 Stat. 64; Pub. L. 89-809, title I, §103(l)(1), Nov. 13, 1966, 80 Stat. 1554; Pub. L. 90-364, title I, §103(e)(6), June 28, 1968, 82 Stat. 264; Pub. L. 91-172, title IV, §432(c), (d), title IX, §960(j), Dec. 30, 1969, 83 Stat. 622, 623, 735; Pub. L. 92-606, §1(f)(4), Oct. 31, 1972, 86 Stat. 1497; Pub. L. 93-406, title III, §3043, Sept. 2, 1974, 88 Stat. 1003; Pub. L. 94-455, title XII, §1203(a), title XIX, §1906(a)(57), (b)(13)(A), (c)(3), Oct. 4, 1976, 90 Stat. 1688, 1832, 1834, 1835; Pub. L. 95-600, title I, §157(k)(2), title VII, §701(cc)(2), Nov. 6, 1978, 92 Stat. 2809, 2923; Pub. L. 97-34, title VII, §725(c)(4), Aug. 13, 1981, 95 Stat. 346; Pub. L. 97-248, title II, §201(d)(10), formerly §201(c)(10), title III, §§307(a)(17), 308(a), 336(a), Sept. 3, 1982, 96 Stat. 421, 590, 591, 628, renumbered §201(d)(10) and amended Pub. L. 97-448, title III, §306(a)(1)(A)(i), (b)(3), Jan. 12, 1983, 96 Stat. 2400, 2406; Pub. L. 97-449, §5(e), Jan. 12, 1983, 96 Stat. 2442; Pub. L. 97-473, title II, §203, Jan. 14, 1983, 96 Stat. 2611; Pub. L. 98-67, title I, §§102(a), 104(d)(1), Aug. 5, 1983, 97 Stat. 369, 379; Pub. L. 98-216, §3(c)(2), Feb. 14, 1984, 98 Stat. 6; Pub. L. 98-369, div. A, title I, §§31(e), 43(a)(1), 53(c), 75(c), 138(a), title IV, §§412(b)(11), 422(d)(3), 474(r)(29)(K), 491(d)(53), title V, §526(c)(1), July 18, 1984, 98 Stat. 518, 558, 567, 595, 672, 792, 798, 845, 852, 874; Pub. L. 98-443, §9(q), Oct. 4, 1984, 98 Stat. 1708; Pub. L. 99-514, title II, §201(c), (d)(14), title VI, §§671(b)(3), 673, title XI, §§1137, 1147(a), 1166(a), title XVIII, §§1802(a)(9)(C), 1810(l)(1)-(5)(A), 1842(d), 1899A(63), (64), Oct. 22, 1986, 100 Stat. 2138, 2142, 2317, 2319, 2486, 2493, 2511, 2790, 2830-2832, 2853, 2962; Pub. L. 100-202, §101(m) [title VI, §624(a)], Dec. 22, 1987, 101 Stat. 1329-390, 1329-429; Pub. L. 100-647, §1(c), title I, §§1001(d)(2)(D), 1002(a)(2), 1006(t)(12), (25)(A), 1011A(m)(1), 1011B(e), 1018(g)(3), Nov. 10, 1988, 102 Stat. 3342, 3351, 3352, 3422, 3426, 3483, 3489, 3583; Pub. L. 101-194, title VI, §602, Nov. 30, 1989, 103 Stat. 1762; Pub. L. 101-508, title XI, §§11704(a)(34), 11812(b)(13), Nov. 5, 1990, 104 Stat. 1388-519, 1388-536; Pub. L. 102-90, title III, §314(e), Aug. 14, 1991, 105 Stat. 470; Pub. L. 102-318, title V, §521(b)(43), July 3, 1992, 106 Stat. 313; Pub. L. 103-66, title XIII, §13238, Aug. 10, 1993, 107

Stat. 508; Pub. L. 103-296, title III, §320(a)(3), Aug. 15, 1994, 108 Stat. 1535; Pub. L. 104-88, title III, §304(e), Dec. 29, 1995, 109 Stat. 944; Pub. L. 104-188, title I, §§1402(b)(3), 1621(b)(8), (9), 1907(a)(1), (2), Aug. 20, 1996, 110 Stat. 1790, 1867, 1916; Pub. L. 105-34, title XI, §§1151(a), 1174(b), title XVI, §1601(i)(3)(A), Aug. 5, 1997, 111 Stat. 986, 989, 1093; Pub. L. 106-554, §1(a)(7) [title IV, §401(i)], Dec. 21, 2000, 114 Stat. 2763, 2763A-650; Pub. L. 107-16, title V, §542(e)(3), June 7, 2001, 115 Stat. 85; Pub. L. 108-311, title II, §207(24), Oct. 4, 2004, 118 Stat. 1178; Pub. L. 108-357, title VIII, §§804(b), 835(b)(10), (11), 852(a), Oct. 22, 2004, 118 Stat. 1570, 1594, 1609; Pub. L. 109-135, title IV, §403(v)(2), Dec. 21, 2005, 119 Stat. 2628; Pub. L. 109-280, title XII, §§1207(f), 1222, Aug. 17, 2006, 120 Stat. 1071, 1089; Pub. L. 110-28, title VIII, §8246(a)(1), May 25, 2007, 121 Stat. 200; Pub. L. 110-245, title III, §301(c)(1), (2)(B), (C), June 17, 2008, 122 Stat. 1646; Pub. L. 111-152, title I, §1409(a), Mar. 30, 2010, 124 Stat. 1067; Pub. L. 111-312, title III, §301(a), Dec. 17, 2010, 124 Stat. 3300., , Statutes at Large References, 53 Stat. 1, 73 Stat. 146, 74 Stat. 416, 941, 76 Stat. 982, 1161, 78 Stat. 36, 80 Stat. 64, 1554, 938, 82 Stat. 264, 83 Stat. 622, 86 Stat. 1497, 88 Stat. 1003, 829, 90 Stat. 1688, 92 Stat. 2809, 94 Stat. 3532, 95 Stat. 346, 96 Stat. 421, 2400, 2442, 2611, 2607, 97 Stat. 369, 98 Stat. 792, 6, 518, 1708, 100 Stat. 2138, 2095, 101 Stat. 1329-390, 102 Stat. 3342, 103 Stat. 1762, 363, 104 Stat. 1388-519, 105 Stat. 470, 106 Stat. 313, 107 Stat. 508, 108 Stat. 1535, 109 Stat. 944, 110 Stat. 1790, 111 Stat. 986, 987, 114 Stat. 2763, 115 Stat. 85, 118 Stat. 1178, 1609, 119 Stat. 2628, 120 Stat. 1071, 121 Stat. 200, 122 Stat. 1646, 124 Stat. 3300, 1067;, Public Law 86-70, Public Law 86-624, Public Law 86-778, Public Law 87-834, Public Law 87-870, Public Law 88-272, Public Law 89-368, Public Law 89-670, Public Law 89-809, Public Law 90-364, Public Law 91-172, Public Law 92-606, Public Law 93-406, Public Law 94-455, Public Law 95-521, Public Law 95-600, Public Law 96-605, Public Law 97-34, Public Law 97-248, Public Law 97-448, Public Law 97-449, Public Law 97-473, Public Law 98-67, Public Law 98-216, Public Law 98-369, Public Law 98-443, Public Law 99-514, Public Law 100-202, Public Law 100-647, Public Law 101-73, Public Law 101-194, Public Law 101-508, Public Law 102-90, Public Law 102-318, Public Law 103-66, Public Law 103-296, Public Law 104-88, Public Law 104-188, Public Law 105-34, Public Law 106-554, Public Law 107-16, Public Law 108-311, Public Law 108-357, Public Law 109-135, Public Law 109-280, Public Law 110-28, Public Law 110-245, Public Law 111-152, Public Law 111-312).

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.        For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12/10/2020

Signature of Plaintiff        /s/ Gordon Alan Gefroh
Printed Name of Plaintiff        Gordon Alan Gefroh

**B.        For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

_____        _____        _____
                    *City*                    *State*        *Zip Code*

Telephone Number
E-mail Address

**Certificate of Service**

I certify that the following parties were served by email and, to the extent thay signed up for PACER, were served by the ECF system:

Beth Crawford;
info@crawfordlawfirm.us

Frederick Boss;
fred.boss@doj.state.or.us

Locke Williams;
Locke.A.Williams@ojd.state.or.us

I certify that the following party was served by U.S. mail and email:

Tiffany Deaton
c/o Benton County Courthouse
120 NW 4th St
Corvallis, OR 97330

Tiffany.Deaton@co.benton.wa.us
Tiffany.Deaton@ojd.state.or.us

Date: 12/10/2020          _____

                                    Gordon Gefroh

THE

# DECLARATION OF INDEPENDENCE.

————

In Congress, July 4, 1776.

## THE UNANIMOUS DECLARATION OF THE THIRTEEN UNITED STATES OF AMERICA.

When, in the course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume, among the powers of the earth, the separate and equal station to which the laws of nature and of nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

*July 4, 1776.*
————

We hold these truths to be self-evident: that all men are created equal; that they are endowed, by their Creator, with certain unalienable rights; that among these are life, liberty, and the pursuit of happiness. That to secure these rights, governments are instituted among men, deriving their just powers from the consent of the governed; that whenever any form of government becomes destructive of these ends, it is the right of the people to alter or to abolish it, and to institute a new government, laying its foundation on such principles, and organizing its powers in such form, as to them shall seem most likely to effect their safety and happiness. Prudence, indeed, will dictate, that governments long established, should not be changed for light and transient causes; and accordingly all experience hath shown, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same object, evinces a design to reduce them under absolute despotism, it is their right, it is their duty, to throw off such government, and to provide new guards for their future security. Such has been the patient sufferance of these colonies; and such is now the necessity which constrains them to alter their former systems of government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute tyranny over these states. To prove this, let facts be submitted to a candid world.

He has refused his assent to laws the most wholesome and necessary for the public good.

He has forbidden his governors to pass laws of immediate and pressing importance, unless suspended in their operation till his assent should be obtained; and when so suspended, he has utterly neglected to attend to them.

He has refused to pass other laws for the accommodation of large districts of people, unless those people would relinquish the right of representation in the legislature; a right inestimable to them, and formidable to tyrants only. He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public records, for the sole purpose of fatiguing them into compliance with his measures.

1

**Exhibit - Page 1**

**2**                    THE DECLARATION OF INDEPENDENCE.

He has dissolved representative houses repeatedly, for opposing, with manly firmness, his invasions on the rights of the people.

He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the legislative powers, incapable of annihilation, have returned to the people at large for their exercise; the state remaining, in the mean time, exposed to all the dangers of invasion from without, and convulsions within.

He has endeavored to prevent the population of these States; for that purpose obstructing the laws for naturalization of foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new appropriations of lands.

He has obstructed the administration of justice, by refusing his assent to laws for establishing judiciary powers.

He has made judges dependent on his will alone, for the tenure of their offices, and the amount and payment of their salaries.

He has erected a multitude of new offices, and sent hither swarms of officers, to harass our people, and eat out their substance.

He has kept among us, in times of peace, standing armies, without the consent of our legislatures.

He has affected to render the military independent of, and superior to the civil power.

He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his assent to their acts of pretended legislation:

For quartering large bodies of armed troops among us;

For protecting them, by a mock trial, from punishment for any murders which they should commit on the inhabitants of these States;

For cutting off our trade with all parts of the world;

For imposing taxes on us without our consent;

For depriving us, in many cases, of the benefits of trial by jury;

For transporting us beyond seas to be tried for pretended offences;

For abolishing the free system of English laws in a neighbouring province, establishing therein an arbitrary government, and enlarging its boundaries, so as to render it at once an example and fit instrument for introducing the same absolute rule into these colonies;

For taking away our charters, abolishing our most valuable laws, and altering fundamentally the forms of our governments;

For suspending our own legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever.

He has abdicated government here, by declaring us out of his protection, and waging war against us.

He has plundered our seas, ravaged our coasts, burnt our towns, and destroyed the lives of our people.

He is at this time transporting large armies of foreign mercenaries to complete the works of death, desolation, and tyranny, already begun with circumstances of cruelty and perfidy, scarcely paralleled in the most barbarous ages, and totally unworthy the head of a civilized nation.

He has constrained our fellow-citizens, taken captive on the high seas, to bear arms against their country, to become the executioners of their friends and brethren, or to fall themselves by their hands.

He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers the merciless Indian savages, whose known rule of warfare is an undistinguished destruction of all ages, sexes, and conditions.

In every stage of these oppressions we have petitioned for redress in the most humble terms. Our repeated petitions have been answered only by repeated injury. A prince, whose character is thus marked by every act which may define a tyrant, is unfit to be the ruler of a free people.

**Exhibit - Page 2**

## THE DECLARATION OF INDEPENDENCE.    3

July 4, 1776.

Nor have we been wanting in attentions to our British brethren. We have warned them, from time to time, of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which would inevitably interrupt our connexions and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity which denounces our separation, and hold them, as we hold the rest of mankind, enemies in war, in peace friends.

We, therefore, the representatives of the UNITED STATES OF AMERICA, in General Congress assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the name, and by authority of the good people of these colonies, solemnly publish and declare, That these United Colonies are, and of right ought to be, FREE and INDEPENDENT STATES; that they are absolved from all allegiance to the British crown, and that all political connexion between them and the state of Great Britain is, and ought to be, totally dissolved; and that, as FREE and INDEPENDENT STATES, they have full power to levy war, conclude peace, contract alliances, establish commerce, and to do all other acts and things which INDEPENDENT STATES may of right do. And for the support of this Declaration, with a firm reliance on the protection of DIVINE PROVIDENCE, we mutually pledge to each other our lives, our fortunes, and our sacred honour.

### JOHN HANCOCK.

*New Hampshire.*—Josiah Bartlett, William Whipple, Matthew Thornton.

*Massachusetts Bay.*—Samuel Adams, John Adams, Robert Treat Paine, Elbridge Gerry.

*Rhode Island, &c.*—Stephen Hopkins, William Ellery.

*Connecticut.*—Roger Sherman, Samuel Huntington, William Williams, Oliver Wolcott.

*New York.*—William Floyd, Philip Livingston, Francis Lewis, Lewis Morris.

*New Jersey.*—Richard Stockton, John Witherspoon, Francis Hopkinson, John Hart, Abraham Clark.

*Pennsylvania.*—Robert Morris, Benjamin Rush, Benjamin Franklin, John Morton, George Clymer, James Smith, George Taylor, James Wilson, George Ross.

*Delaware.*—Cæsar Rodney, George Read, Thomas M'Kean.

*Maryland.*—Samuel Chase, William Paca, Thomas Stone, Charles Carroll of Carrollton.

*Virginia.*—George Wythe, Richard Henry Lee, Thomas Jefferson, Benjamin Harrison, Thomas Nelson, Jun., Francis Lightfoot Lee, Carter Braxton.

*North Carolina.*—William Hooper, Joseph Hewes, John Penn.

*South Carolina.*—Edward Rutledge, Thomas Hayward, Jun., Thomas Lynch, Jun., Arthur Middleton.

*Georgia.*—Button Gwinnett, Lyman Hall, George Walton.

**Exhibit - Page 3**

# THE

# CONSTITUTION OF THE UNITED STATES.

---

**Purposes for which the Constitution was ordained and established.**

WE, the people of the United States, in order to form a more perfect Union, establish justice, insure domestic tranquillity, provide for the common defence, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.(*a*)

**Legislative powers vested in Congress.**

ARTICLE 1. § 1. All legislative powers herein granted, shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.(*b*)

**House of Representatives.**

§ 2. The House of Representatives shall be composed of members chosen every second year by the people of the several States; and the electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State Legislature.

No person shall be a representative who shall not have attained to the age of twenty-five years, and been seven years a citizen of the United States, and who shall not, when elected, be an inhabitant of that State in which he shall be chosen.

**Representatives and direct taxes to be apportioned according to respective numbers.**

**Census to be taken every ten years.**

**Representatives in Congress.**

Representatives and direct taxes shall be apportioned among the several States which may be included within this Union, according to their respective numbers, which shall be determined by adding to the whole number of free persons, including those bound to service for a term of years, and excluding Indians not taxed, three fifths of all other persons. The actual enumeration shall be made within three years after the first meeting of the Congress of the United States, and within every subsequent term of ten years, in such manner as they shall by law direct. The number of representatives shall not exceed one for every thirty thousand, but each State shall have at least one representative, and until such enumeration shall be made, the state of New Hampshire shall be entitled to choose three, Massachusetts eight, Rhode Island and Providence Plantations one, Connecticut five, New York six, New Jersey four,

---

(*a*)  Martin, heir at law of Fairfax, *v.* Hunter's Lessee, 1 Wheat. 304; 3 Cond. Rep. 575.  Briscoe et al. *v.* the Bank of the Commonwealth of Kentucky, 11 Peters, 257.  McCulloch *v.* The State of Maryland, 4 Wheat. 316; 4 Cond. Rep. 466.  Gibbons *v.* Ogden, 9 Wheat. 1.  Barron *v.* The Mayor and City Council of Baltimore, 7 Peters, 243.  Marberry *v.* Madison, 1 Cranch, 237; 1 Cond. Rep. 267. United States *v.* Smith, 5 Wheat. 153; 4 Cond. Rep. 619.  Owing *v.* Norwood, 5 Cranch, 344; 2 Cond. Rep. 275.

(*b*)  The object of the Constitution was to establish three great departments of government: the Legislative, the Executive, and the Judicial departments.  The first was to pass laws; the second to approve and execute them; the third to expound and enforce them.  Martin, heir at law of Fairfax, *v.* Hunter's Lessee, 1 Wheat. 304; 3 Cond. Rep. 575.

The Constitution unavoidably deals in general language. It did not suit the purpose of the people in framing this great charter of our liberties to provide for minute specifications of its powers, or to declare the means by which those powers were to be carried into execution.  It was foreseen that that would be a perilous and difficult, if not an impracticable task.  The instrument was not intended merely to provide for the exigencies of a few years, but was to endure through a long lapse of ages; the events of which were locked up in the inscrutable purposes of Providence. It could not be foreseen what new changes and modifications of power might be made indispensable to effectuate the general objects of the charter; and restrictions and specifications which at present might seem salutary, might in the end prove the overthrow of the system itself.  Hence its powers are expressed in general terms; leaving to the legislature, from time to time, to adopt its own means to effectuate legitimate objects, and to mould and remodel the exercise of its own powers as its own wisdom, and the public interests should require.  Martin, &c. *v.* Hunter, 1 Wheat. 304; 3 Cond. Rep. 575.

10

**Exhibit - Page 4**

THE CONSTITUTION OF THE UNITED STATES.  **11**

Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.(*a*)

When vacancies happen in the representation from any State, the Executive authority thereof shall issue writs of election to fill such vacancies.

*Vacancies in the representation, how filled.*

The House of Representatives shall choose their speaker and other officers; and shall have the sole power of impeachment.

*Speaker and officers of H. R. Impeachment.*

§ 3. The Senate of the United States shall be composed of two Senators from each State, chosen by the Legislature thereof, for six years; and each Senator shall have one vote.

*Senate, how composed. Senators, how chosen.*

Immediately after they shall be assembled, in consequence of the first election, they shall be divided as equally as may be into three classes. The seats of the Senators of the first class shall be vacated at the expiration of the second year, of the second class at the expiration of the fourth year, and of the third class at the expiration of the sixth year, so that one third may be chosen every second year; and if vacancies happen by resignation, or otherwise, during the recess of the Legislature of any State, the Executive thereof may make temporary appointments until the next meeting of the Legislature, which shall then fill such vacancies.

*Each Senator to have one vote. One third of the Senators to be chosen every second year.— Vacancies during recess of the Legislature of a State. How filled.*

No person shall be a Senator who shall not have attained to the age of thirty years, and been nine years a citizen of the United States, and who shall not, when elected, be an inhabitant of that State for which he shall be chosen.

*Qualifications of Senators.*

The Vice President of the United States shall be president of the Senate, but shall have no vote, unless they be equally divided.

*Vice President of U. S. president of Senate.*

The Senate shall choose their other officers, and also a president *pro tempore*, in the absence of the Vice President, or when he shall exercise the office of President of the United States.

*The Senate to choose their officers. President pro tempore.*

The Senate shall have the sole power to try all impeachments. When sitting for that purpose, they shall be on oath or affirmation. When the President of the United States is tried, the Chief Justice shall preside; and no person shall be convicted without the concurrence of two thirds of the members present.

*The Senate to have the sole power to try impeachments. When the President of U. S. is tried, the Chief Justice shall preside.*

Judgment in cases of impeachment shall not extend further than to removal from office, and disqualification to hold and enjoy any office of honour, trust or profit, under the United States; but the party convicted shall nevertheless be liable and subject to indictment, trial, judgment, and punishment according to law.

*Judgment in case of impeachment. Party convicted subject to indictment at law.*

§ 4. The times, places and manner of holding elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by law make or alter such regulations, except as to the places of choosing Senators.

*Times and places for holding elections. Congress may at any time make or alter regulations made by the States, except as to the places of choosing Senators.*

The Congress shall assemble at least once in every year, and such meeting shall be on the first Monday in December, unless they shall by law appoint a different day.

*Congress to assemble once a year.*

§ 5. Each House shall be the judge of the elections, returns, and qualifications of its own members, and a majority of each shall constitute a quorum to do business; but a smaller number may adjourn from day to day, and may be authorized to compel the attendance of absent

*Each House*

---

(*a*) South Carolina adopted the Constitution by a convention called in November, 1789. Rhode Island, by a convention held in May, 1790, assented to the Constitution. Kentucky was admitted into the Union, June 1, 1792. Vermont was admitted into the Union, March 4, 1791. Tennessee was admitted into the Union, June 1, 1796. Ohio was established as a state of the Union, by act of April 30, 1802. Louisiana was admitted into the Union, April 30, 1812. Indiana was admitted into the Union, December 11, 1816. Mississippi was admitted into the Union, December 10, 1817. Illinois was admitted into the Union, December 3, 1818. Alabama was admitted into the Union, December 14, 1819. Maine was admitted into the Union by an act of Congress, passed March 3, 1820. Missouri was admitted into the Union, March 2, 1821. Arkansas was admitted into the Union, June 15, 1836. Michigan was admitted into the Union, January 26, 1837. North Carolina became a member of the Union, before June 4, 1790. Iowa and Florida were authorized to become states of the Union, by act of March 3, 1845, chap. 48.

*to be the judge of the elections, returns, and qualifications of its members. A majority to form a quorum.*

*Rules of proceeding.*

*Each House to keep a journal. Yeas and nays.*

*Adjournments of the Houses of Congress.*

*Compensation of the Senators and Representatives. Privileged from arrest, with exceptions. Not to be questioned in any other place for any speech or debate in either House.*

*Appointment to office of Senators or Representatives. No person holding any office under the U. S. to be a member of either House during his continuance in office.*

*Bills for raising revenue.*

*Bills, after having passed Congress, to be presented to the President. Proceedings when the President disapproves.*

members, in such manner, and under such penalties, as each House may provide.

Each House may determine the rules of its proceedings, punish its members for disorderly behaviour, and, with the concurrence of two thirds, expel a member.

Each House shall keep a journal of its proceedings, and from time to time publish the same, excepting such parts as may, in their judgment, require secrecy; and the yeas and nays of the members of either House on any question, shall, at the desire of one fifth of those present, be entered on the journal.

Neither House, during the session of Congress, shall, without the consent of the other, adjourn for more than three days, nor to any other place than that in which the two Houses shall be sitting.

§ 6. The Senators and Representatives shall receive a compensation for their services, to be ascertained by law, and paid out of the Treasury of the United States. They shall, in all cases, except treason, felony, and breach of the peace, be privileged from arrest during their attendance at the session of their respective Houses, and in going to, and returning from, the same; and for any speech or debate in either House, they shall not be questioned in any other place.

No Senator or Representative shall, during the time for which he was elected, be appointed to any civil office under the authority of the United States, which shall have been created, or the emoluments whereof shall have been increased during such time; and no person holding any office under the United States, shall be a member of either House during his continuance in office.

§ 7. All bills for raising revenue shall originate in the House of Representatives; but the Senate may propose or concur with amendments as on other bills.

Every bill which shall have passed the House of Representatives and the Senate, shall, before it become a law, be presented to the President of the United States; if he approve he shall sign it, but if not he shall return it, with his objections, to that House in which it shall have originated, who shall enter the objections at large on their journal, and proceed to reconsider it. If after such reconsideration two thirds of that House shall agree to pass the bill, it shall be sent, together with the objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a law. But in all such cases the votes of both Houses shall be determined by yeas and nays, and the names of the persons voting for and against the bill shall be entered on the journal of each House respectively. If any bill shall not be returned by the President within ten days, (Sundays excepted,) after it shall have been presented to him, the same shall be a law, in like manner as if he had signed it, unless the Congress by their adjournment prevent its return, in which case it shall not be a law.

*Every order, resolution, or vote, of both Houses (except on a question of adjournment) to be presented to the President of the U. S.*

*Powers of Congress.*

Every order, resolution, or vote, to which the concurrence of the Senate and House of Representatives may be necessary, (except on a question of adjournment,) shall be presented to the President of the United States; and before the same shall take effect, shall be approved by him, or being disapproved by him, shall be re-passed by two thirds of the Senate and House of Representatives, according to the rules and limitations prescribed in the case of a bill.

§ 8. The Congress shall have power(*a*)

---

(*a*) Congress must possess the choice of means, and must be empowered to use any means, which are in fact conducive to the exercise of a power granted by the Constitution. United States *v.* Fisher, et al.; Assignees of Blight, 2 Cranch's Rep. 358; 1 Cond. Rep. 421.

## THE CONSTITUTION OF THE UNITED STATES.    **13**

To lay and collect taxes, duties, imposts and excises,(*a*) to pay the debts, and provide for the common defence and general welfare of the United States; but all duties, imposts, and excises shall be uniform throughout the United States :(*b*)

To borrow money on the credit of the United States :

To regulate commerce with foreign nations, and among the several States, and with the Indian tribes :(*c*)

To establish an uniform rule of naturalization,(*d*) and uniform laws on the subject of bankruptcies throughout the United States :(*e*)

*To lay taxes, and provide for the common defence and welfare. Duties to be uniform.*

*To borrow money.*

*To regulate commerce.*

*Naturalization.*

*Bankruptcies.*

---

The powers granted to Congress are not exclusive of similar powers existing in the States, unless where the Constitution has expressly, in terms, given an exclusive power to Congress; or the exercise of a like power is prohibited to the States; or there is a direct repugnancy, or incompatibility in the exercise of it by the States. The example of the first class is to be found in the exclusive legislation delegated to Congress over places purchased by the consent of the legislature of the State in which the same shall be located for forts, arsenals, dock-yards, &c.; of the second class, of the prohibition of a State to coin money, or emit bills of credit; of the third class, the power to establish a uniform rule of naturalization, and the delegation of admiralty and maritime jurisdiction. In all other cases the States retain concurrent authority with Congress. Houston *v.* Moore, 5 Wheat. 1; 4 Cond. Rep. 589.

An act of Congress repugnant to the Constitution cannot become the law of the land. Marbury *v.* Madison, 1 Cranch, 137; 1 Cond. Rep. 267.

The mere grant of power to Congress does not imply a prohibition on the States to exercise the same power. Whenever the terms in which such a power is granted to Congress require that it should be exercised exclusively by Congress, the subject is as completely taken from the State legislatures, as if they had been expressly forbidden to act upon it. Sturges *v.* Crowninshield, 4 Wheat. 122; 4 Cond. Rep. 409.

(*a*) The power of Congress to levy and collect taxes, duties, imposts, and excises, is co-extensive with the territory of the United States. Loughborough *v.* Blake, 5 Wheat. 317; 4 Cond. Rep. 660.

The power of Congress to exercise exclusive legislation, in all cases whatever, within the District of Columbia, includes the power of taxing it. *Ibid.*

The authority of Congress to lay and collect taxes, does not interfere with the power of the States to tax for the support of their own governments; nor is the exercise of that power by the States, an exercise of any portion of the power that is granted to the United States. Gibbons *v.* Ogden, 9 Wheat. 1; 5 Cond. Rep. 562.

(*b*) The constitutional provision that direct taxes shall be apportioned among the several States, according to their respective numbers, to be ascertained by a census, was not intended to restrict the power of imposing direct taxes to States only. Loughborough *v.* Blake, 5 Wheat. 317; 4 Cond. Rep. 660.

(*c*) An act of Congress, laying an embargo for an indefinite period of time, is constitutional and valid. The United States *v.* The William, 2 Hall's Am. Law Jour. 255.

The power of regulating commerce extends to the regulation of navigation. Gibbons *v.* Ogden, 9 Wheat. 1; 5 Cond. Rep. 562.

The power to regulate commerce extends to every species of commercial intercourse between the United States and foreign nations, and among the several States. It does not stop at the external boundary of a State; but it does not extend to a commerce which is completely internal. *Ibid.*

The power to regulate commerce is general, and has no limitations but such as are prescribed by the Constitution itself. This power, so far as it extends, is exclusively vested in Congress, and no part of it can be exercised by a State. *Ibid.*

The power of regulating commerce extends to navigation carried on by vessels employed in transporting passengers. *Ibid.*

All those powers which relate to merely municipal legislation, or which may be properly called internal police, are not surrendered (by the States) or restrained, and consequently in relation to those the authority of a State is complete, unqualified, and exclusive. The City of N. York *v.* Miln, 11 Peters, 102.

The act of the legislature of New York passed February 1824, entitled, "An Act concerning passengers in vessels arriving in the port of New York," is not a regulation of commerce, but of police; and being so, it was passed in the exercise of a power which belonged to that State. *Ibid.*

The power to regulate commerce, includes the power to regulate navigation, as connected with the commerce with foreign nations and among the States. It does not stop at the mere boundary line of a State, nor is it confined to acts done on the waters, or in the necessary course of the navigation thereof. It extends to such acts done on the land, which interfere with, obstruct, or prevent the due exercise of the powers to regulate commerce and navigation with foreign nations, and among the States. Any offence which thus interferes with, obstructs, or prevents such commerce and navigation, though done on land, may be punished by Congress, under its general authority to make all laws necessary and proper to execute their delegated constitutional powers. The United States *v.* Lawrence Coombe, 12 Peters, 72.

Persons are not the subjects of commerce, and not being imported goods, they do not fall within the meaning founded upon the Constitution, of a power given to Congress, to regulate commerce, and the prohibition of the States for imposing a duty on imported goods. *Ibid.*; Gibbons *v.* Ogden, 9 Wheat. 1; 5 Cond. Rep. 562.

(*d*) Under the Constitution of the United States, the power of naturalization is exclusively in Congress. Chirac *v.* Chirac, 2 Wheat. 259; 4 Cond. Rep. 111; Houston *v.* Moore, 5 Wheat. 1; 4 Cond. Rep. 589.

(*e*) The powers of Congress to establish uniform laws on the subject of bankruptcy throughout the

*To coin money. To fix the standard of weights and measures.*

*To punish counterfeiters.*

*Post-offices.*

*To promote the progress of science and useful arts.*

*Inferior tribunals.*

*Piracies on the high seas.*

*To declare war.*

*To raise armies.*

*Navy, &c.*

*Government of the army and navy.*

*Militia.*

*For the organization, &c. of the militia.*

*Exclusive Legislation over seat of government of the U. S.*

*Exclusive authority over places purchased with the consent of States.*

*To make laws for carrying into execution all powers vested in government of U. S.*

*Migration or importation of persons.*

To coin money, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures:

To provide for the punishment of counterfeiting the securities and current coin of the United States:

To establish post-offices and post-roads:

To promote the progress of science and useful arts, by securing, for limited times, to authors and inventors, the exclusive right to their respective writings and discoveries:

To constitute tribunals inferior to the Supreme Court:

To define and punish piracies and felonies committed on the high seas, and offences against the law of nations :(a)

To declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water:

To raise and support armies: but no appropriation of money to that use shall be for a longer term than two years:

To provide and maintain a navy:

To make rules for the government and regulation of the land and naval forces:

To provide for calling forth the militia to execute the laws of the Union, suppress insurrections and repel invasions:

To provide for organizing, arming, and disciplining the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the States respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress.(b)

To exercise exclusive legislation, in all cases whatsoever, over such district (not exceeding ten miles square) as may by cession of particular States, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the State in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings.    And,

To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.(c)

§ 9. The migration or importation of such persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the year one thousand eight hundred and eight; but a tax or duty may be imposed on such importation, not exceeding ten dollars for each person.

---

United States, does not exclude the right of the States to legislate on the same subject, except when the power is actually exercised by Congress, and the State laws conflict with those of Congress.  Ogden v. Saunders, 12 Wheat. 213; 6 Cond. Rep. 523; Sturges v. Crowninshield, 4 Wheat. 122; 4 Cond. Rep. 409.

Since the adoption of the Constitution of the United States, a state has authority to pass a Bankrupt law, provided such law does not impair the obligation of contracts; and provided there be no act of Congress in force to establish a uniform system of bankruptcy, conflicting with such law.  Sturges v. Crowninshield, 4 Wheat. 122; 4 Cond. Rep. 409.

(a) The act of the 3d March, 1819, chap. 76, sec. 5, referring to the law of nations for a definition of the crime of piracy, is a constitutional exercise of the power of Congress to define and punish that crime.  United States v. Smith, 5 Wheat. 153; 4 Cond. Rep. 619.  See also United States v. Palmer, 3 Wheat. 610; 4 Cond. Rep. 352.

(b) The act of Congress of Feb. 28, 1795, to provide for the calling out the militia to execute the laws of the Union, suppress insurrections, and repel invasions, is within the constitutional powers of Congress.  Martin v. Mott, 12 Wheat. 19; 6 Cond. Rep. 410.

(c) Congress must possess the choice of means, and must be empowered to use any means which are in fact conducive to the exercise of a power granted by the Constitution.  United States v. Fisher et al., 2 Cranch, 358; 1 Cond. Rep. 421.  Van Horne's Lessee v. Dorrance, 2 Dall. 304; Marbury v. Madison, 1 Cranch, 137; 1 Cond. Rep. 267, 268.  The United States v. Bevans, 3 Wheat. 336; 4 Cond. Rep. 275.  McCulloch v. Maryland, 4 Wheat. 316; 4 Cond. Rep. 466.  United States v. Tingey, 5 Peters, 115.  Anderson v. Dunn, 6 Wheat. 204.  Dugan v. The United States, 3 Wheat. 172; 4 Cond. Rep. 223.  The Exchange, 7 Cranch, 116; 2 Cond. Rep. 439.  Osborn v. The Bank of the United States, 9 Wheat. 738; 5 Cond. Rep. 741.  Harrison v. Sterry, 5 Cranch, 289; 2 Cond. Rep. 260.  Postmaster General v. Early, 12 Wheat. 136; 6 Cond. Rep. 480.

Exhibit - Page 8

The privilege of the writ of *habeas corpus* shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it.(*a*)

No bill of attainder or *ex post facto* law shall be passed.(*b*)

No capitation, or other direct tax, shall be laid, unless in proportion to the *census* or enumeration herein before directed to be taken.

No tax or duty shall be laid on articles exported from any State. No preference shall be given by any regulation of commerce or revenue to the ports of one State over those of another; nor shall vessels bound to, or from, one State be obliged to enter, clear, or pay duties in another.

No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of the receipts and expenditures of all public money shall be published from time to time.

No title of nobility shall be granted by the United States; and no person holding any office of profit or trust under them, shall, without the consent of the Congress, accept of any present, emolument, office, or title of any kind whatever, from any king, prince, or foreign state.

§ 10. No State shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make any thing but gold and silver coin a tender in payment of debts;(*c*) pass any bill of attainder, *ex post facto* law, or law impairing the obligation of contracts, or grant any title of nobility.(*d*)

No State shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing its inspection laws; and the net produce of all duties and imposts, laid by any State on imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision and control of the Congress.(*e*)   No State shall, without the consent of Congress, lay any duty of tonnage, keep troops, or ships of war, in time of peace, enter into any agreement or compact with another State, or with a foreign power, or engage in war, unless actually invaded, or in such imminent danger as will not admit of delay.

ART. II. § 1. The executive power shall be vested in a President of the United States of America.   He shall hold his office during the term of four years, and together with the Vice President, chosen for the same term, be elected as follows:

*Side notes:*
Writ of Habeas Corpus.
Bills of attainder, or ex post facto laws.
Capitation or other direct tax.
No tax or duty on articles exported from any State.
No preference to ports of one State over another.
No money drawn from the treasury but by law.   Receipts and expenditures published.
No title of nobility to be granted.

Limitation of the powers of the States.

Executive power vested in a President of the U. S. Duration of office.

---

(*a*) *Ex parte* Burford, 3 Cranch, 448. *Ex parte* Bollman, 4 Cranch, 75; 2 Cond. Rep. 33. *Ex parte* Kearney, 7 Wheat. 38; 5 Cond. Rep. 225. *Ex parte* Tobias Watkins, 3 Peters, 193. *Ex parte* Milburn, 9 Peters, 704. Martin *v.* Mott, 12 Wheat. 19; 6 Cond. Rep. 410.

(*b*) The prohibition of the Federal Constitution of ex post facto laws extends to penal statutes only; and does not extend to cases affecting only the civil rights of individuals. Calder et al. *v.* Bull, 3 Dall. 386; 1 Cond. Rep. 172. Fletcher *v.* Peck, 6 Cranch, 87; 2 Cond Rep. 308. Ogden *v.* Saunders, 12 Wheat. 213; 6 Cond. Rep. 523.

(*c*) Briscoe *v.* The Bank of the Commonwealth of Kentucky, 11 Peters, 257. Craig *v.* The State of Missouri, 4 Peters, 431. Sturges *v.* Crowninshield, 4 Wheat. 122; 4 Cond. Rep. 409. Ogden *v.* Saunders, 12 Wheat. 213; 6 Cond. Rep. 523. Cooper *v.* Telfair, 4 Dall. 14; 1 Cond. Rep. 211.

(*d*) If any act of the legislature is repugnant to the Constitution, it is, ipso facto, void; and it is the duty of the court so to declare it. Vanhorne's Lessee *v.* Dorrance, 2 Dall. 304.

The Constitution fixes the limits to the exercise of legislative authority, and prescribes the orbit in which it must move. Whatever may be the case in other countries, yet here there can be no doubt that any act of the Legislature repugnant to the Constitution is absolutely void. *Ibid.* Fletcher *v.* Peck, 6 Cranch, 87; 2 Cond. Rep. 308.

The legislature of a state can pass no ex post facto law. An ex post facto law is one which renders an act punishable, which was not punishable when it was committed. *Ibid.* Houston *v.* Moore, 5 Wheat. 1; 4 Cond. Rep. 589.

The invalidity of a state law, as impairing the obligation of contracts, does not depend on the extent of the change which the law effects in the contract. Green *v.* Biddle, 8 Wheat. 1; 5 Cond. Rep. 369. Briscoe *v.* The Bank of the Commonwealth of Kentucky, 11 Peters, 257. New Jersey *v.* Wilson, 7 Cranch, 164; 2 Cond. Rep. 457. Terrett *v.* Taylor, 9 Cranch, 43; 3 Cond. Rep. 254. Trustees of Dartmouth College *v.* Woodward, 4 Wheat. 518; 4 Cond. Rep. 526. The Proprietors of the Charles River Bridge *v.* The Proprietors of the Warren Bridge, 11 Peters, 420. Sturges *v.* Crowninshield, 4 Wheat. 122; 4 Cond. Rep. 409. Hawkins *v.* Barney's Lessee, 5 Peters, 456. Mason *v.* Haile, 12 Wheat. 370; 6 Cond. Rep. 535. Farmers' and Mechanics' Bank *v.* Smith, 6 Wheat. 131; 5 Cond. Rep. 35. Satterlee *v.* Matthewson, 2 Peters, 380. Wilkinson *v.* Leland, 2 Peters, 627.

(*e*) Brown *v.* The state of Maryland, 12 Wheat. 419; 6 Cond. Rep. 553.

Exhibit 5. Page 9

**16**            THE CONSTITUTION OF THE UNITED STATES.

*Manner of electing President and Vice President.*

Each State shall appoint, in such manner as the legislature thereof may direct, a number of electors equal to the whole number of Senators and Representatives to which the State may be entitled in the Congress; but no Senator or Representative, or person holding an office of trust or profit under the United States, shall be appointed an elector.

The electors shall meet in their respective States, and vote by ballot for two persons, of whom one at least shall not be an inhabitant of the same State with themselves.    And they shall make a list of all the persons voted for, and of the number of votes for each; which list they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate.    The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted.    The person having the greatest number of votes shall be the President, if such number be a majority of the whole number of electors appointed; and if there be more than one who have such majority, and have an equal number of votes, then the House of Representatives shall immediately choose by ballot one of them for President; and if no person have a majority, then from the five highest on the list the said House shall in like manner choose the President.    But in choosing the President, the votes shall be taken by States, the representation from each State having one vote; a quorum for this purpose shall consist of a member or members from two thirds of the States, and a majority of all the States shall be necessary to a choice.    In every case, after the choice of the President, the person having the greatest number of votes of the electors shall be the Vice President.    But if there should remain two or more who have equal votes, the Senate shall choose from them by ballot the Vice President.(*a*)

*Electors of President and Vice President.*

The Congress may determine the time of choosing the electors, and the day on which they shall give their votes; which day shall be the same throughout the United States.

*Qualifications of the President.*

No person except a natural born citizen, or a citizen of the United States, at the time of the adoption of this Constitution, shall be eligible to the office of President; neither shall any person be eligible to that office who shall not have attained to the age of thirty-five years, and been fourteen years a resident within the United States.

*Vacancy in the office of President. How supplied.*

In case of the removal of the President from office, or of his death, resignation, or inability to discharge the powers and duties of the said office, the same shall devolve on the Vice President, and the Congress may by law provide for the case of removal, death, resignation, or inability, both of the President and Vice President, declaring what officer shall then act as President, and such officer shall act accordingly until the disability be removed, or a President shall be elected.

*Compensation for the services of the President.*

The President shall at stated times, receive for his services, a compensation, which shall neither be increased nor diminished during the period for which he shall have been elected, and he shall not receive within that period any other emolument from the United States or any of them.

Before he enter on the execution of his office, he shall take the following oath or affirmation:

*Oath of office of the President.*

" I do solemnly swear, (or affirm,) that I will faithfully execute the office of President of the United States, and will, to the best of my ability, preserve, protect, and defend the Constitution of the United States."

§ 2. The President shall be commander-in-chief of the army and

---

(*a*) By an amendment to the Constitution, a substitute for this paragraph was adopted.  Amendment, Art. 12, § 1.   This amendment was proposed in October 1803, and was ratified before September 1804. See the amendment, *post*.

**Exhibit - Page 10**

## THE CONSTITUTION OF THE UNITED STATES.

17

navy of the United States, and of the militia of the several States, when called into the actual service of the United States; he may require the opinion, in writing, of the principal officer in each of the executive departments, upon any subject relating to the duties of their respective offices, and he shall have power to grant reprieves and pardons for offences against the United States, except in cases of impeachment. *(Powers and duties of the President. May grant reprieves and pardons.)*

He shall have power, by and with the advice and consent of the Senate, to make treaties, provided two thirds of the Senators present concur ;(*a*) and he shall nominate, and by and with the advice and consent of the Senate, shall appoint ambassadors, other public ministers and consuls, judges of the Supreme Court, and all other officers of the United States, whose appointments are not herein otherwise provided for, and which shall be established by law. But the Congress may by law vest the appointment of such inferior officers, as they think proper, in the President alone, in the courts of law, or in the heads of departments.(*b*) *(May make treaties, by and with the advice and consent of the Senate. Appointments to office.)*

The President shall have power to fill up all vacancies that may happen during the recess of the Senate, by granting commissions which shall expire at the end of their next session. *(Vacancies during the recess of the Senate.)*

§ 3. He shall, from time to time, give to the Congress information of the state of the Union, and recommend to their consideration such measures as he shall judge necessary and expedient. He may on extraordinary occasions, convene both Houses, or either of them ; and in case of disagreement between them, with respect to the time of adjournment, he may adjourn them to such time as he shall think proper. He shall receive ambassadors and other public ministers. He shall take care that the laws be faithfully executed ; and shall commission all the officers of the United States. *(Give Congress information of the State of the Union. Convene Congress on extraordinary occasions. When he may adjourn Congress. Other powers and duties.)*

§ 4. The President, Vice President, and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors. *(Removals from office by impeachment and conviction of crimes.)*

Art. III. § 1. The judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may, from time to time, ordain and establish. The judges, both of the Supreme and inferior courts, shall hold their offices during good behaviour ; and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.(*c*) *(Judicial powers. Judges to hold office during good behaviour. Compensation not to be diminished during continuance in office.)*

§ 2. The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority ; to all cases affecting ambassadors, other public ministers, and consuls ; to all cases of admiralty and maritime jurisdiction ; to controversies to which the *(Extent of judicial power.)*

---

(*a*) The decisions of the Supreme Court of the United States on the powers and duties of the President of the United States have been the following : Marbury *v.* Madison, 1 Cranch, 137 ; 1 Cond. Rep. 267 ; 1 Peters, 296 ; 12 Peters, 524. Williams *v.* The Suffolk Ins. Com., 13 Peters, 415.

(*b*) Am. Ins. Comp. *v.* Canter, 1 Peters, 511, 517 ; with Mr. Justice Johnson's opinion. Ex parte Duncan N. Hennen, 13 Peters, 230.

(*c*) The decisions of the Supreme Court of the United States on the 1st and 2d sections of the 3d article of the Constitution have been : The State of Rhode Island *v.* The State of Massachusetts, 12 Peters, 657–72. M'Bride *v.* Hoey, 11 Peters, 167. Marbury *v.* Madison, 1 Cranch, 137 ; 1 Cond. Rep. '267. Ex parte Crane, 5 Peters, 190. Ex parte Milburn, 9 Peters, 704. Town of Pawlet *v.* Clark et al., 9 Cranch, 292 ; 3 Cond. Rep. 408. Ex parte Kearney, 7 Wheat. 38 ; 5 Cond. Rep. 225. M'Cluny *v.* Silliman, 2 Wheat. 369 ; 4 Cond. Rep. 162. The United States *v.* Bevans, 3 Wheat. 336 ; 4 Cond. Rep. 275. United States *v.* Hamilton, 3 Dall. 17. Ex parte Bollman, 4 Cranch, 75 ; 2 Cond. Rep. 33. Ex parte Tobias Watkins, 3 Peters, 193. Cherokee Nation *v.* The State of Georgia, 5 Peters, 1. Cohens *v.* The State of Virginia, 6 Wheat. 264. Osborn *v.* The Bank of the United States, 9 Wheat. 738 ; 5 Cond. Rep. 741. The United States *v.* Ortega, 11 Wheat. 467 ; 6 Cond. Rep. 394. Fowler *v.* Lindsey et al., 3 Dall. 411. The United States *v.* Goodwin, 7 Cranch, 108 ; 2 Cond. Rep. 434.

The third article of the Constitution of the United States enables the judicial department to receive jurisdiction to the full extent of the Constitution, laws and treaties of the United States, when any question respecting them shall assume such form that the judicial power is capable of acting on it. That power is capable of acting, only when the subject is submitted to it by a party who asserts his rights in a form prescribed by law. It then becomes a case.

Osborn et al. *v.* The Bank of the United States, 9 Wheat. 738 ; 5 Cond. Rep. 741.

Exhibit - Page 11

United States shall be a party; to controversies between two or more States, between a State and citizens of another State, between citizens of different States, between citizens of the same State claiming lands under grants of different States, and between a State, or the citizens thereof, and foreign States, citizens or subjects.

**Original jurisdiction of the Supreme Court.**
**Appellate jurisdiction of the Supreme Court.**

In all cases affecting ambassadors, other public ministers and consuls, (a) and those in which a State shall be party, the Supreme Court shall have original jurisdiction. (b) In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations, as the Congress shall make. (c)

**Trial by jury.**

The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the State where the said crimes shall have been committed; but when not committed within any State, the trial shall be at such place or places as the Congress may by law have directed.

**Treason.**
**Conviction for treason.**

§ 3. Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

**Punishment of treason.**
**Attainder.**

The Congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture, except during the life of the person attainted.

**The public acts, &c., of the States to have full faith and credit.**

Art. IV. § 1. Full faith and credit shall be given in each State to the public acts, records, and judicial proceedings of every other State. And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof. (d)

**Citizens of the States entitled to equal privileges.**

§ 2. The citizens of each State shall be entitled to all privileges and immunities of citizens in the several States.

**Fugitives from justice.**

A person charged in any State with treason, felony, or other crime, who shall flee from justice, and be found in another State, shall, on demand of the executive authority of the State from which he fled, be delivered up, to be removed to the State having jurisdiction of the crime.

**Fugitives from labour.**

No person held to service or labour in one State, under the laws thereof, escaping into another, shall, in consequence of any law or regulation therein, be discharged from such service or labour, but shall

(a) An indictment under the crimes act of 1790, chap. 9, sec. 28, for infracting the law of nations by offering violence to the person of a foreign minister, is a case "affecting ambassadors and other public ministers, or consuls," within the second section of the third article of the Constitution of the United States. The United States v. Ortega, 11 Wheat. 467; 6 Cond. Rep. 394.

(b) On the original jurisdiction of the Supreme Court, the following cases have been decided: Ex parte Kearney, 7 Wheat. 38; 5 Cond. Rep. 225. M'Cluny v. Sullivan, 2 Wheat. 369; 4 Cond. Rep. 162. The Columbian Insurance Company v. Wheelwright, 7 Wheat. 534; 5 Cond. Rep. 334. United States v. Hamilton, 3 Dall. 17. Ex parte Tobias Watkins, 3 Peters, 193. Ex parte Crane et al., 5 Peters 190. United States v. Ravara, 2 Dall. 297. Cherokee Nation v. The State of Georgia, 5 Peters, 1. The State of New Jersey v. The State of New York, 5 Peters, 284. Ex parte Juan Madrazzo, 7 Peters, 627. The State of Rhode Island v. The State of Massachusetts, 12 Peters, 657–755. Cohens v. The State of Virginia, 6 Wheat. 264; 5 Cond. Rep. 90. Osborn v. The Bank of the United States, 9 Wheat. 738; 5 Cond. Rep. 741. Fowler et al. v. Lindsey et al., 3 Dall. 411.

(c) Upon the appellate powers of the Supreme Court, the following cases have been decided: United States v. Goodwin, 7 Cranch, 108; 2 Cond. Rep. 434. Wiscart v. Dauchy, 3 Dall. 321; 1 Cond. Rep. 144. United States v. Moore, 3 Cranch, 159; 1 Cond. Rep. 480. Osborn v. The Bank of the United States, 9 Wheat. 738; 5 Cond. Rep. 741. Owings v. Norwood's Lessee, 5 Cranch, 344; 2 Cond. Rep. 275. Martin v. Hunter's Lessee, 1 Wheat. 304; 3 Cond. Rep. 575. Gordon v. Caldcleugh, 3 Cranch, 268; 1 Cond. Rep. 524. Ex parte Kearney, 7 Wheat. 38; 5 Cond. Rep. 225. Inglee v. Coolidge, 2 Wheat. 363; 4 Cond. Rep. 155. Gelston et al. v. Hoyt, 3 Wheat. 246; 4 Cond. Rep. 244. Nicholls et al. v. Hodges' Ex'r, 1 Peters, 562. Buel v. Van Ness, 8 Wheat. 312; 5 Cond. Rep. 445. Miller v. Nicholls, 4 Wheat. 311; 4 Cond. Rep. 465. Matthews v. Zane et al. 7 Wheat. 164; 5 Cond. Rep. 265. Houston v. Moore, 3 Wheat. 433; 4 Cond. Rep. 286. Williams v. Norris, 12 Wheat. 117; 6 Cond. Rep. 462. Montgomery v. Hernandez, 12 Wheat. 129; 6 Cond. Rep. 475. Gibbons v. Ogden, 6 Wheat. 448; 5 Cond. Rep. 134. Weston et al. v. The City Council of Charleston, 2 Peters, 449.

(d) Mills v. Duryee, 7 Cranch, 481; 2 Cond. Rep. 573. Hampton v. M'Connel, 3 Wheat. 234; 4 Cond. Rep. 243. See act of May 26, 1790, chap. 11. Act of March 27, 1804, chap. 56.

be delivered up on claim of the party to whom such service or labour may be due.*(a)*

§ 3. New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the jurisdiction of any other State; nor any State be formed by the junction of two or more States, or parts of States, without the consent of the legislatures of the States concerned, as well as of the Congress.

The Congress shall have power to dispose of and make all needful rules and regulations respecting the territory or other property belonging to the United States; and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of any particular State.

§ 4. The United States shall guarantee to every State in this Union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive, (when the legislature cannot be convened,) against domestic violence.

ART. V. The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose amendments to this Constitution, or, on the application of the legislatures of two thirds of the several States, shall call a convention for proposing amendments, which, in either case, shall be valid to all intents and purposes, as part of this Constitution, when ratified by the legislatures of three fourths of the several States, or by conventions in three fourths thereof, as the one or the other mode of ratification may be proposed by the Congress; provided, that no amendment, which may be made prior to the year one thousand eight hundred and eight, shall in any manner affect the first and fourth clauses in the ninth section of the first article; and that no State, without its consent, shall be deprived of its equal suffrage in the Senate.

ART. VI. All debts contracted, and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States, under this Constitution, as under the confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof, and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land: and the judges, in every State, shall be bound thereby, any thing in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several State legislatures, and all executive and judicial officers, both of the United States and of the several States, shall be bound, by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

ART. VII. The ratification of the conventions of nine States, shall be sufficient for the establishment of this Constitution between the States so ratifying the same.

*Done in Convention, by the unanimous consent of the States present, the seventeenth day of September, in the year of our Lord one thousand*

Marginal notes:
- New States. Formation of new States out of other States.
- Congress to have power to dispose of and make regulations respecting the territories or other property of the U. S.
- Guarantee by the U. S. of a republican form of government to every State; and each State to be protected from invasion, and against domestic violence.
- Amendments to Constitution. No State, without its consent, shall be deprived of an equal suffrage in the Senate.
- Debts &c., contracted before the adoption of the Constitution to be valid against the U. S.
- The Constitution and laws of the U. S. or treaties, the supreme law of the land.
- Oath or affirmation to support the Constitution.
- No religious test a qualification for office.
- Ratification of the Constitution.

(a) Prigg v. The Commonwealth of Pennsylvania, 16 Peters, 539. The clause in the Constitution relating to fugitives from labour, manifestly contemplates the existence of a positive, unqualified right on the part of the owner of the slave, which no State law or regulation can in any way qualify, regulate, control, or restrain. Any law or regulation which interrupts, limits, delays, or postpones the rights of the owner to the immediate command of his service or labour, operates pro tanto, a discharge of the slave therefrom. The question can never be how much he is discharged from; but whether he is discharged from any service by the natural and necessary operation of the State laws, or State regulations. The question is not one of quantity and degree, but of withholding or controlling the incidents of a positive right.

The owner of a fugitive slave has the same right to take him in a State to which he has escaped or fled, that he had in the State from which he escaped; and it is well known that this right to seizure or re-capture is universally acknowledged in all the slave-holding States. *Ibid.*

## THE CONSTITUTION OF THE UNITED STATES.

20

*seven hundred and eighty-seven, and of the independence of the United States of America the twelfth. In witness whereof we have hereunto subscribed our names.*

GEORGE WASHINGTON, PRESIDENT, and Deputy from Virginia.

*New Hampshire.*—John Langdon, Nicholas Gilman.
*Massachusetts.*—Nathaniel Gorham, Rufus King.
*Connecticut.*—William Samuel Johnson, Roger Sherman.
*New York.*—Alexander Hamilton.
*New Jersey.*—William Livingston, David Brearley, William Paterson, Jonathan Dayton.
*Pennsylvania.*—Benjamin Franklin, Thomas Mifflin, Robert Morris, George Clymer, Thomas Fitzsimons, Jared Ingersoll, James Wilson, Gouverneur Morris.
*Delaware.*—George Read, Gunning Bedford, Jun., John Dickinson, Richard Bassett, Jacob Broom.
*Maryland.*—James M'Henry, Daniel of St. Thomas Jenifer, Daniel Carroll.
*Virginia.*—John Blair, James Madison, Jun.
*North Carolina.*—William Blount, Richard Dobbs Spaight, Hugh Williamson.
*South Carolina.*—John Rutledge, Charles Cotesworth Pinckney, Charles Pinckney, Pierce Butler.
*Georgia.*—William Few, Abraham Baldwin.
    *Attest:*                    WILLIAM JACKSON, *Secretary.*



CIRCUIT COURT OF OREGON

FOR BENTON COUNTY

LOCKE A. WILLIAMS
CIRCUIT COURT JUDGE

BENTON COUNTY COURTHOUSE
POST OFFICE BOX 1870
CORVALLIS, OREGON 97339

**(541) 243-7822**

April 16, 2020

Beth Crawford
Attorney at Law
(By email only)

Gordon Gefroh
23625 Timber Supply Road
Philomath, OR 97370

Re: <u>GEFROH v GEFROH</u>; Case No. 20DR01906

Counsel:

The above-referenced matter comes before the Court upon Respondent's Motion to Dismiss filed herein on March 31, 2020. Petitioner filed an Objection thereto on April 6, 2020. Neither party requested oral argument.

The Court having reviewed the pleadings and documents on file herein, finds that this Court has personal jurisdiction over both parties, including Respondent who is a resident of this State. The Court further finds that this Court is vested with statutory and constitutional authority, i.e. subject matter jurisdiction, to make all decisions relating to the dissolution of the parties' marriage, including, but not limited to, to dissolve the marriage, award a just and equitable division of the parties' property and debts, determine custody and parenting time of the minor children, and award child and/or spousal support. Therefore, Respondent's Motion is denied. Ms. Crawford will kindly prepare an appropriate order.

Respondent is granted an extension to April 24, 2020, to file a response to Petitioner's Motion for Order to Show Cause Re: Temporary Relief filed herein on January 30, 2020, and personally served upon Respondent on February 17, 2020.

Sincerely,

Signed: 4/17/2020 08:43 AM

Circuit Court Judge Locke A. Williams

**Exhibit - Page 15**



CIRCUIT COURT OF OREGON

FOR BENTON COUNTY

LOCKE A. WILLIAMS
CIRCUIT COURT JUDGE

BENTON COUNTY COURTHOUSE
POST OFFICE BOX 1870
CORVALLIS, OREGON 97339

(541) 243-7822

April 29, 2020

Beth Crawford
Attorney at Law
(By email only)

Gordon Gefroh
23625 Timber Supply Road
Philomath, OR 97370

Re: GEFROH v GEFROH; Case No. 20DR01906

Counsel and Mr. Gefroh:

The above-referenced matter comes before the Court for a limited judgment of temporary relief pursuant to ORS 107.095 and Benton County Circuit Court SLR 8.041. The Court's findings of fact and rulings are as follows:

(1)     Petitioner (hereinafter referred to as "Wife") filed a motion with supporting declaration seeking temporary relief pursuant to ORS 107.095, along with her Uniform Support Declaration, on January 30, 2020. Respondent (hereinafter referred to as "Husband") was granted an extension to April 20, 2020, to file a response, but failed to do so. The record is closed;

(2)     The temporary issues before the Court are (a) custody of the parties' minor son, Jason, (b) parenting time, (c) child support, (d) spousal support, (e) exclusive use of real property and vehicles, (f) payment of debt obligations, (g) insurance coverage, and (h) suit money; and

(3)     For purposes of determining temporary child and spousal support, the Court finds the following: (a) the parties have one minor child together, Jason, age 17; (b) Wife is employed part-time and earns a gross monthly income of $1,276; (c) Husband is a small business owner and also receives rental income from properties owned by the parties; his average gross monthly income is $6,917; (d) the parties' children are on the Oregon Health Plan for standard health insurance at no cost to either parent.

Now, therefore, during the pendency of these proceedings and until further order of the Court:

Custody. Wife is a fit and proper parent and it is in Jason's best interest that she be awarded his temporary sole legal and primary physical custody effective immediately.

Parenting time. The Court finds it to be in the Jason's best interest that Husband is awarded reasonable parenting time as set forth in the Benton County Standard Parenting Plan.

Child support. Wife shall have a limited judgment against Husband for temporary child support in

**Exhibit - Page 16**

the amount of $530 per month beginning March 1, 2020 and continuing on the 1st day of each month thereafter. *A copy of the child support calculation worksheets is attached hereto.* In addition, each party shall pay one-half of all unreimbursed medical, dental and vison expenses incurred on behalf of the child.

<u>Spousal support</u>. Wife shall have a limited judgment against Husband for temporary spousal support in the amount of $1,000 per month beginning March 1, 2020 and continuing on the 1st day of each month thereafter.

<u>Exclusive use of parties' real property</u>. Wife is awarded the exclusive temporary use and control of the parties' property located at 1122 N. 9th Street in Philomath. Husband is awarded the exclusive temporary use and control of the parties' property located at 1124 N. 9th Street in Philomath, 23625 Timber Supply Road in Philomath, and 4192 Sussex Street in West Linn. Each party shall deliver to the other party any keys and garage door openers which are in a party's possession that belong to the other person's home. Each party is prohibited from entering property temporarily awarded to the other without the occupying party's prior permission. Husband shall immediately remove from the property at 1122 N. 9th Street in Philomath all vehicles not temporarily awarded to Wife, the recently erected storage unit and contents, and his items of personal property currently being stored in the "shop." Husband shall pay all insurance, property taxes and mortgage debt on all four properties listed above.

<u>Exclusive use of vehicles and boat</u>. Wife is awarded the exclusive temporary use and control of the parties' 1996 Toyota 4Runner, the 2014 Subaru Outback, and the Sonoma (for Jason's benefit). Husband is awarded the exclusive temporary use and control of all other vehicles, including the boat. Each party shall deliver to the other party any keys which are in a party's possession that belong to the other person's vehicle.

<u>Insurance policies</u>: Husband shall pay all premiums as they come due to maintain all current policies of insurance, including automobile, homeowner's, life, health and dental.

<u>Suit money</u>. Wife shall have a limited judgment against Husband for suit money in the amount of $6,500 payable within 30 days of the date of judgment..

<u>Mutual Restraining Order</u>. The parties are reminded of the statutory restraining order under ORS 107.093 now in effect which prohibits the parties from transferring, encumbering, concealing or disposing of property in which either party has an interest, except as specified in the Court's limited judgment or as otherwise permitted by law. In addition, each party is prohibited from taking any affirmative action to terminate, allow to lapse or in any way modify the parties' current life, health, homeowner or automobile insurance coverage; and from charging upon the credit of the other or upon jointly held credit accounts.

Ms. Crawford will kindly prepare a limited judgment for child and spousal support and a temporary order for the additional nonsupport relief consistent with the Court's ruling.

Sincerely,

Signed: 4/29/2020 08:57 AM

_____

Circuit Court Judge Locke A. Williams

#3

CERTIFIED TRUE COPY

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF BENTON

| | |
|---|---|
| In the Matter of the Marriage of: | Case No.: 20DR01906 |
| DOLORES MARY GEFROH, | WRIT OF GARNISHMENT |
| Petitioner, | |
| And | |
| GORDON ALAN GEFROH, | |
| Respondent, | |
| And | |
| JACOB GEFROH, | |
| An Adult Child, | |
| And | |
| JARED GEFROH, | |
| An Adult Child. | |

TO;    CHASE BANK
       2055 NW Circle Blvd
       Corvallis, OR 97330

You are now a Garnishee. AS A GARNISHEE, YOU NEED TO KNOW THE FOLLOWING:

Gordon Alan Gefroh (who is called the "Debtor") owes money to Dolores Mary Gefroh (who is called the "Creditor"). A judgment was entered against the Debtor for the debt, or the debt otherwise became subject to garnishment, on May 26, 2020. The last four digits of the Debtor's Social Security number are 1262. The full number is available upon request by the Garnishee.

The amount subject to garnishment is $3,083.50
This writ garnishes *all* of the following:

Crawford Law Firm, LLC
310 NW Fifth Street, Suite 205, Corvallis, OR 97330
(541) 752-0037
info@crawfordlawfirm.us

Page 1 of 3 – Writ of Garnishment
*In the Matter of the Marriage of Dolores Gefroh and Gordon Gefroh and Jacob Gefroh and Jared Gefroh*
*Benton County Circuit Court Case No. 20DR01906*

**Exhibit - Page 18**

- Wages that you owe the Debtor at the time this writ is delivered to you, and all wages that the Debtor earns during the 90-day period following the date on which you receive this writ.
- All property of the Debtor (including money) that is in your possession, control, or custody at the time this writ is delivered to you.
- All debts that you owe the Debtor at the time this writ is delivered to you, whether or not payment is due on the debt at the time you receive this writ.

YOU MUST ANSWER THIS WRIT BY COMPLETING THE ATTACHED GARNISHEE RESPONSE WITHIN THE TIME ALLOWED BY LAW, WHETHER OR NOT YOU HOLD ANY OF THE DEBTOR'S PROPERTY OR OWE ANYTHING TO THE DEBTOR. IF YOU DO NOT TRUTHFULLY ANSWER THIS WRIT, OR YOU DO NOT DELIVER MONEY OR PROPERTY WHEN YOU ARE REQUIRED TO DO SO, YOU WILL BE LIABLE TO THE CREDITOR.

If you have questions, you should contact an attorney. The clerk of the court cannot give you legal advice. The Creditor's attorney cannot give you legal advice.

A writ of garnishment may be issued only by the clerk of the court, by the attorney for the Creditor, or by a person who is specifically authorized by law to issue garnishments. This writ is issued by (check one):

\_\_\_\_ The clerk of the court
\_x\_ The attorney for the Creditor
\_\_\_\_ Other authorized issuer:
      Name and title _____
      Statutory authority to issue writ _____

This writ is valid only if it has been delivered to you within 60 days after the date of issuance. If the clerk of the court is issuing this writ, the date of issuance is the date the clerk signs the writ (see "COURT SEAL" below). If this writ is issued by any other person, the date of issuance is the date on which the issuer signs the certification (see "CERTIFICATION" below).

IMPORTANT ADDRESSES

(Clerk of the Court)

Benton County Circuit Court
Street address:  120 NW 4th Street, Corvallis, OR 97330

(Debtor)

Name:  Gordon Alan Gefroh
Telephone number (if known): (503) 997-9555
Street address: 23625 Timber Supply Rd., Philomath, OR 97370
Mailing address: PO Box 1077, Philomath, OR 97370

Page 2 of 3 – Writ of Garnishment
In the Matter of the Marriage of Dolores Gefroh and Gordon Gefroh and Jacob Gefroh and Jared Gefroh
Benton County Circuit Court Case No. 20DR01906                          **Exhibit - Page 19**

Crawford Law Firm, LLC
310 NW Fifth Street, Suite 205, Corvallis, OR 97330
(541) 752-0037
info@crawfordlawfirm.us

1

(Garnishor; check one)

2

_____ Creditor Name: Dolores Mary Gefroh
Address: PO Box 545, Philomath, OR 97370

3

_x___ Attorney for Creditor:
4   Name: Beth Crawford, Crawford Law Firm, LLC
Street address: 310 NW Fifth Street, Suite 205, Corvallis, OR 97330
5   Telephone number: (541) 752-0037
Oregon State Bar number: 082957

6

_____ Other authorized issuer of writ:
7   Name: _____
Street address: _____
8   City: _____ State: _____ Zip Code:_____
Telephone number: _____

9

CERTIFICATION
10      I certify that I have read this writ of garnishment and to the best of my knowledge,
information, and belief, there is good ground to support issuance of the writ, and the
11   amount indicated as subject to garnishment is lawfully subject to collection by this writ.

12

13   _____         November 19, 2020
Beth Crawford                            Date
14   Attorney for Creditor

15

16

17

18

19

20

21

22

23

Page 3 of 3 – Writ of Garnishment
*In the Matter of the Marriage of Dolores Gefroh and Gordon Gefroh and Jac...*     **Exhibit 1 Page 20**
*Benton County Circuit Court Case No. 20DR01906*

Crawford Law Firm, LLC
310 NW Fifth Street, Suite 205, Corvallis, OR 97330
(541) 752-0037
info@crawfordlawfirm.us

the amount of $530 per month beginning March 1, 2020 and continuing on the 1st day of each month thereafter. A copy of the child support calculation worksheets is attached hereto. In addition, each party shall pay one-half of all unreimbursed medical, dental and vison expenses incurred on behalf of the child.

Spousal support. Wife shall have a limited judgment against Husband for temporary spousal support in the amount of $1,000 per month beginning March 1, 2020 and continuing on the 1st day of each month thereafter.

Exclusive use of parties' real property. Wife is awarded the exclusive temporary use and control of the parties' property located at 1122 N. 9th Street in Philomath. Husband is awarded the exclusive temporary use and control of the parties' property located at 1124 N. 9th Street in Philomath, 23625 Timber Supply Road in Philomath, and 4192 Sussex Street in West Linn. Each party shall deliver to the other party any keys and garage door openers which are in a party's possession that belong to the other person's home. Each party is prohibited from entering property temporarily awarded to the other without the occupying party's prior permission. Husband shall immediately remove from the property at 1122 N. 9th Street in Philomath all vehicles not temporarily awarded to Wife, the recently erected storage unit and contents, and his items of personal property currently being stored in the "shop." Husband shall pay all insurance, property taxes and mortgage debt on all four properties listed above.

Exclusive use of vehicles and boat. Wife is awarded the exclusive temporary use and control of the parties' 1996 Toyota 4Runner, the 2014 Subaru Outback, and the Sonoma (for Jason's benefit). Husband is awarded the exclusive temporary use and control of all other vehicles, including the boat. Each party shall deliver to the other party any keys which are in a party's possession that belong to the other person's vehicle.

Insurance policies: Husband shall pay all premiums as they come due to maintain all current policies of insurance, including automobile, homeowner's, life, health and dental.

Suit money. Wife shall have a limited judgment against Husband for suit money in the amount of $6,500 payable within 30 days of the date of judgment..

Mutual Restraining Order. The parties are reminded of the statutory restraining order under ORS 107.093 now in effect which prohibits the parties from transferring, encumbering, concealing or disposing of property in which either party has an interest, except as specified in the Court's limited judgment or as otherwise permitted by law. In addition, each party is prohibited from taking any affirmative action to terminate, allow to lapse or in any way modify the parties' current life, health, homeowner or automobile insurance coverage; and from charging upon the credit of the other or upon jointly held credit accounts.

Ms. Crawford will kindly prepare a limited judgment for child and spousal support and a temporary order for the additional nonsupport relief consistent with the Court's ruling.

Sincerely,

Signed: 4/29/2020 08:57 AM

_Locke Williams_

Circuit Court Judge Locke A. Williams

RECEIVED
AUG 11 2020
Benton County Sheriff
CERTIFIED TRUE COPY Oregon

Verified Correct Copy of Original 8/17/2020.

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF BENTON

| In the Matter of the Marriage of: | Case No.: 20DR01906 |
|---|---|
| DOLORES MARY GEFROH, | WRIT OF GARNISHMENT |
| Petitioner, | |
| And | |
| GORDON ALAN GEFROH, | |
| Respondent, | |
| And | |
| JACOB GEFROH, | |
| An Adult Child, | |
| And | |
| JARED GEFROH, | |
| An Adult Child. | |

TO:    CHASE BANK
       2055 NW Circle Blvd
       Corvallis, OR 97330

You are now a Garnishee. AS A GARNISHEE, YOU NEED TO KNOW THE FOLLOWING:

Gordon Alan Gefroh (who is called the "Debtor") owes money to Dolores Mary Gefroh (who is called the "Creditor"). A judgment was entered against the Debtor for the debt, or the debt otherwise became subject to garnishment, on May 26, 2020. The last four digits of the Debtor's Social Security number are 1262. The full number is available upon request by the Garnishee.

The amount subject to garnishment is $9,685.45
This writ garnishes *all* of the following:

Crawford Law Firm, LLC
310 NW Fifth Street, Suite 205, Corvallis, OR 97330
(541) 752-0037
info@crawfordlawfirm.us

Page 1 of 3 – Writ of Garnishment
*In the Matter of the Marriage of Dolores Gefroh and Gordon Gefroh and Jacob Gefroh and Jared Gefroh*
*Benton County Circuit Court Case No. 20DR01906*

Verified Correct Copy of Original 8/17/2020

1    • Wages that you owe the Debtor at the time this writ is delivered to you, and all
2    wages that the Debtor earns during the 90-day period following the date on which
     you receive this writ.
     • All property of the Debtor (including money) that is in your possession, control, or
3    custody at the time this writ is delivered to you.
     • All debts that you owe the Debtor at the time this writ is delivered to you, whether
4    or not payment is due on the debt at the time you receive this writ.

5    YOU MUST ANSWER THIS WRIT BY COMPLETING THE ATTACHED
     GARNISHEE RESPONSE WITHIN THE TIME ALLOWED BY LAW, WHETHER OR
6    NOT YOU HOLD ANY OF THE DEBTOR'S PROPERTY OR OWE ANYTHING TO THE
     DEBTOR. IF YOU DO NOT TRUTHFULLY ANSWER THIS WRIT, OR YOU DO NOT
7    DELIVER MONEY OR PROPERTY WHEN YOU ARE REQUIRED TO DO SO, YOU
     WILL BE LIABLE TO THE CREDITOR.

8
         If you have questions, you should contact an attorney. The clerk of the court cannot
9    give you legal advice. The Creditor's attorney cannot give you legal advice.
         A writ of garnishment may be issued only by the clerk of the court, by the attorney
10   for the Creditor, or by a person who is specifically authorized by law to issue
     garnishments. This writ is issued by (check one):
11   ____ The clerk of the court
       x  The attorney for the Creditor
12   ____ Other authorized issuer:
         Name and title _____
13       Statutory authority to issue writ _____

14       This writ is valid only if it has been delivered to you within 60 days after the date of
     issuance. If the clerk of the court is issuing this writ, the date of issuance is the date the
15   clerk signs the writ (see "COURT SEAL" below). If this writ is issued by any other person,
     the date of issuance is the date on which the issuer signs the certification (see
16   "CERTIFICATION" below).

17                         IMPORTANT ADDRESSES

18                          (Clerk of the Court)

19   Benton County Circuit Court
     Street address:  120 NW 4th Street, Corvallis, OR 97330
20
                                (Debtor)
21
     Name:  Gordon Alan Gefroh
22   Telephone number (if known): (503) 997-9555
     Street address: 23625 Timber Supply Rd., Philomath, OR 97370
23   Mailing address: PO Box 1077, Philomath, OR 97370

Page 2 of 3 – Writ of Garnishment
*In the Matter of the Marriage of Dolores Gefroh and Gordon Gefroh and Jacob Gefroh and Jared Gefroh*
*Benton County Circuit Court Case No. 20DR01906*

Crawford Law Firm, LLC
310 NW Fifth Street, Suite 205, Corvallis, OR 97330
(541) 752-0037
info@crawfordlawfirm.us

**Exhibit - Page 23**

_Verified Correct Copy of Original 8/17/2020._

1                  (Garnishor; check one)

2   _____  Creditor Name: Dolores Mary Gefroh
   Address: PO Box 545, Philomath, OR 97370

3

   _x___ Attorney for Creditor:
4   Name: Beth Crawford, Crawford Law Firm, LLC
   Street address: 310 NW Fifth Street, Suite 205, Corvallis, OR 97330
5   Telephone number: (541) 752-0037
   Oregon State Bar number: 082957

6

   _____  Other authorized issuer of writ:
7   Name: _____
   Street address: _____
8   City: _____ State: _____ Zip Code:_____
   Telephone number: _____

9                          CERTIFICATION
10       I certify that I have read this writ of garnishment and to the best of my knowledge,
   information, and belief, there is good ground to support issuance of the writ, and the
11   amount indicated as subject to garnishment is lawfully subject to collection by this writ.

12

13   _____          _____
   Attorney for Creditor                  Date August 5, 2020
14

15

16

17

18

19

20

21

22

23

Page 3 of 3 – Writ of Garnishment
*In the Matter of the Marriage of Dolores Gefroh and Gordon Gefroh and Jacob Gefroh and Jared Gefroh*
*Benton County Circuit Court Case No. 20DR01906*

Crawford Law Firm, LLC
310 NW Fifth Street, Suite 205, Corvallis, OR 97330
(541) 752-0037
info@crawfordlawfirm.us

**Exhibit - Page 24**

RECEIVED

2-4172

JUN 12 2020

Benton County Sheriff
Corvallis, Oregon

CERTIFIED TRUE COPY

Verified Correct Copy of Original 6/17/2020.

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF BENTON

| In the Matter of the Marriage of: | Case No.: 20DR01906 |
|---|---|
| DOLORES MARY GEFROH, | WRIT OF GARNISHMENT |
| Petitioner, | |
| And | |
| GORDON ALAN GEFROH, | |
| Respondent, | |
| And | |
| JACOB GEFROH, | |
| An Adult Child, | |
| And | |
| JARED GEFROH, | |
| An Adult Child. | |

TO:    CHASE BANK
2055 NW Circle Blvd
Corvallis, OR 97330

You are now a Garnishee. AS A GARNISHEE, YOU NEED TO KNOW THE FOLLOWING:

Gordon Alan Gefroh (who is called the "Debtor") owes money to Dolores Mary Gefroh (who is called the "Creditor"). A judgment was entered against the Debtor for the debt, or the debt otherwise became subject to garnishment, on May 26, 2020. The last four digits of the Debtor's Social Security number are 1262. The full number is available upon request by the Garnishee.

The amount subject to garnishment is $6,177.73
This writ garnishes *all* of the following:

Crawford Law Firm, LLC
310 NW Fifth Street, Suite 205, Corvallis, OR 97330
(541) 752-0037
info@crawfordlawfirm.us

Page 1 of 3 – Writ of Garnishment
*In the Matter of the Marriage of Dolores Gefroh and Gordon Gefroh and Jacob Gefroh and Jared Gefroh*
Benton County Circuit Court Case No. 20DR01906

Exhibit 1 Page 25

- Wages that you owe the Debtor at the time this writ is delivered to you, and all wages that the Debtor earns during the 90-day period following the date on which you receive this writ.
- All property of the Debtor (including money) that is in your possession, control, or custody at the time this writ is delivered to you.
- All debts that you owe the Debtor at the time this writ is delivered to you, whether or not payment is due on the debt at the time you receive this writ.

YOU MUST ANSWER THIS WRIT BY COMPLETING THE ATTACHED GARNISHEE RESPONSE WITHIN THE TIME ALLOWED BY LAW, WHETHER OR NOT YOU HOLD ANY OF THE DEBTOR'S PROPERTY OR OWE ANYTHING TO THE DEBTOR. IF YOU DO NOT TRUTHFULLY ANSWER THIS WRIT, OR YOU DO NOT DELIVER MONEY OR PROPERTY WHEN YOU ARE REQUIRED TO DO SO, YOU WILL BE LIABLE TO THE CREDITOR.

If you have questions, you should contact an attorney. The clerk of the court cannot give you legal advice. The Creditor's attorney cannot give you legal advice.

A writ of garnishment may be issued only by the clerk of the court, by the attorney for the Creditor, or by a person who is specifically authorized by law to issue garnishments. This writ is issued by (check one):

_____ The clerk of the court

__x__ The attorney for the Creditor

_____ Other authorized issuer:

Name and title _____

Statutory authority to issue writ _____

This writ is valid only if it has been delivered to you within 60 days after the date of issuance. If the clerk of the court is issuing this writ, the date of issuance is the date the clerk signs the writ (see "COURT SEAL" below). If this writ is issued by any other person, the date of issuance is the date on which the issuer signs the certification (see "CERTIFICATION" below).

## IMPORTANT ADDRESSES

### (Clerk of the Court)

Benton County Circuit Court
Street address:  120 NW 4th Street, Corvallis, OR 97330

### (Debtor)

Name:  Gordon Alan Gefroh
Telephone number (if known): (503) 997-9555
Street address: 23625 Timber Supply Rd., Philomath, OR 97370
Mailing address: PO Box 1077, Philomath, OR 97370

Page 2 of 3 – Writ of Garnishment
In the Matter of the Marriage of Dolores Gefroh and Gordon Gefroh and Jacob Gefroh and Jarad Gefroh
Benton County Circuit Court Case No. 20DR01906

Exhibit 1 - Page 26

Crawford Law Firm, LLC
310 NW Fifth Street, Suite 205, Corvallis, OR 97330
(541) 752-0037
info@crawfordlawfirm.us

Verified Correct Copy of Original 6/17/2020.

Verified Correct Copy of Original 6/17/2020.

1    (Garnishor; check one)

2    ____   Creditor Name: Dolores Mary Gefroh
     Address: PO Box 545, Philomath, OR 97370

3    __x__   Attorney for Creditor:
4    Name: Beth Crawford, Crawford Law Firm, LLC
     Street address: 310 NW Fifth Street, Suite 205, Corvallis, OR 97330
5    Telephone number: (541) 752-0037
     Oregon State Bar number: 082957

6    ____   Other authorized issuer of writ:
7    Name: _____
     Street address: _____
8    City: _____ State: _____ Zip Code:_____
     Telephone number: _____

9
                           CERTIFICATION
10        I certify that I have read this writ of garnishment and to the best of my knowledge,
     information, and belief, there is good ground to support issuance of the writ, and the
11   amount indicated as subject to garnishment is lawfully subject to collection by this writ.

12

13   _____     _June 8, 2020_____
     Attorney for Creditor                Date
14

15

16

17

18

19

20

21

22

23

Page 3 of 3 – Writ of Garnishment
In the Matter of the Marriage of Dolores Gefroh and Gordon Gefroh and Jacob Gefroh and Page 27
Benton County Circuit Court Case No. 20DR01906

Crawford Law Firm, LLC
310 NW Fifth Street, Suite 205, Corvallis, OR 97330
(541) 752-0037
info@crawfordlawfirm.us

# United States Statutes: Historical Outline and Source Notes

Prepared by Richard J. McKinney, Assistant Law Librarian, Federal Reserve Board, for Law Librarians' Society Program, November 9, 2004
Last revised in April 2008

**A. Introduction - Publishing Laws - The Various Ways States and Nations Publish Them**

   1) Each separately - as in slip laws or grouped in advanced legislative services or gazettes

   2) Chronological volumes for each assembly session - as in the U.S. Statutes At Large

   3) By subject matter - as in U.S. Code titles or congressional committee compilations

   4) Within other publications - as in newspapers, bulletins, loose-leafs, the Internet, etc.

   5) Comparisons of U.S. with states and other nations -  codes and session laws - currency & accuracy

   6) Legislative counsels and Reviser counsels - drafting laws & assigning code cites to new laws

**B. Early Publication of U.S. Laws**

   1) Slip laws - authenticated copies sent by Secretary of State to senators, reps & governors; others must pay a fee to get an authenticated copy - per Act of  Sep. 15, 1789, ch. 14, 1 Stat. 68.

   2) Newspapers - same Act provided for publication of laws in at least 3 state newspapers (till 1875).

   3) **Folwell edition** - *Laws of the United States* per Act of Mar. 3, 1795, ch. 50, 1 Stat. 443. New edition of Constitution, laws, treaties and continued for each session (1789-1814).

   4) **Bioren & Duane edition** - *Laws of the United States* per Act of Apr. 18, 1814, ch. 69, 3 Stat. 129, et. al. under the auspices of the Secretary of State. New edition of Constitution, laws & treaties (1789-1815) and continued for each session by others, published until 1845; Private acts are included, but not laws pertaining to the District of Columbia.

   5) Subject compilations of statutes, treaties and administrative documents authorized by Congress including Public Lands (Act of Apr. 27, 1810, 2 Stat. 589; Act of Jan. 20, 1817, 3 Stat. 344), Naturalization (Act of Apr. 16, 1816, 3 Stat. 341), Post Office (Act of Aug. 29, 1842, 5 Stat. 538).

**C. The *U.S. Statutes At Large* Begins**

   1) Little, Brown & Co. of Boston, which had proposed the new edition, were the first publishers. Per Res.10 of Mar.3, **1845**, 5 Stat. 798 Attorney General authorized to review & contract out new edition of laws containing Articles of Confederation, Constitution, public & private laws, foreign treaties, and Indian treaties with footnotes indicating subsequent laws or repeals and applicable court decisions and with a general index and appendix listings all acts, resolutions and treaties.

   2) Arranged in chronological order, each set of laws in a congressional session being a **statute** and each public or private law being a **chapter** in a statute. The public and private acts were grouped separately so that numerical gaps appear and since each congress could have 2 to 4 sessions more than one law per congress could have the same chapter number. No unique numbering meant that statute pages, dates, and official long titles were often used in citations as well as chapter numbers. This chapter citation system was continued until 1957 when public law numbers officially used.

   3) The Little, Brown & Co. edition was declared "to be **competent evidence** of the several public and private acts of Congress, and of the several treaties therein contained" per Act of Aug. 8, 1846, 9 Stat. 76. First time published volumes of statutes were made positive evidence of the law.

   4) **Eight volumes** were first published and the Secretary of State was empowered to contract with Little & Brown to furnish annual Statutes At Large to the government, discontinuing successive publications of the Bioren & Duane edition; per Resolution of Sep. 26, 1850, 9 Stat. 564.

   5) Government Printing Office was established in 1861 by the Printing Act of June 23, 1860 (12 Stat. 118) due to perceived shortfalls in contract printing. Little & Brown edition retained, for now, but GPO began publishing (until 1937) **annual volumes of the *Statutes of the United States***.

   6) Commission established "to revise, simplify, arrange, and consolidate all statutes of the United States, general and permanent in their nature." (Act of Jun. 27, 1866, ch. 140, 14 Stat. 74).

**D. Noted Content and Changes in Publishing the Volumes of the Statutes At Large Over Time**

1) Volume 1 (1st - 5th Cong., 1789-1799) - Public Acts of Congress in the first five congresses.

2) Volume 2 (6th - 12th Cong., 1799-1813) - Public Acts of Congress in six congresses.

3) Volume 3 (13th - 17th Cong., 1813-1823) - Public Acts of Congress in five congresses.

4) Volume 4 (18th - 23rd Cong. 1823-1835) - Public Acts of Congress in six congresses.

5) Volume 5 (24th - 28th; 1835-1845) - Public Acts of Congress in five congresses.

6) Volume 6 (1st - 28th; 1789-1845) - Private Acts of Congress in the first 28 congresses.

7) Volume 7 - United States Treaties with Indian Tribes  (246 documents; 1778-1842)

8) Volume 8 - United States Treaties with Foreign Nations (90 documents; 1778-1845; includes general index to the first eight volumes).

9) Volume 9 (29th - 31st; 1845-1851) - Public and Private Acts of Congress in three congresses. The volume also contained **foreign and Indian treaties, presidential proclamations** and an index as did subsequent volumes until volume 65 (82nd Congress, 1951) when treaties no longer included.

10) Volume 10 (32nd - 33rd Cong., 1851-1855) - Public and Private Acts of two congresses. Volumes 11, and 12 also covered two congresses each (34th - 37th; 1855-1863).

11) Volume 13 - Public and Privates Acts of the 38th Congress; 1863-1865. Thereafter subsequent volumes of the Statute At Large **covered one congress until** first session of 75th Congress (1937). At end of the appendix of presidential proclamations are five executive orders (only occurrence).

12) Volume 18 (43rd Cong.; 1873-1875) - U.S. Government Printing Office began publication of the *Statutes At Large* under State Department auspices continuing the volume numbers of Little, Brown & Co. and the volumes also became taller (about 11.5 inches instead of 10 inches). Part I of volume 18 is the ***Revised Statutes of the United States***, which is an entire revision, reorganization and consolidation of all permanent and general U.S. laws with the repeal of all prior law dealt therein as of December 1, 1873. It is also legal evidence of the law and treaties contained therein. See Act of June 20, 1874, 18 Stat. 113, pt. 3, ch. 333.  Part II contains the Revised Statutes relating to the District of Columbia, the Revised Statutes relating to Post Roads, and Public Treaties of the United States organized by country and year. Part III contains the public and private acts of the 43rd Congress with treaties and proclamations.

13) A replacement volume contains the *Revised Statutes of 1878,* which added corrections and updated the Revised Statutes of 1873. It is legal (and apparently prima facie) evidence of the law. See Act of Mar. 2, 1877, ch. 82, 19 Stat. 268 as amended by Act of Mar. 9, 1878, ch. 26, 20 Stat. 27.

14) Volume 28 (53rd Cong., 1893-1895) - Statutes At Large began including **concurrent resolutions**. 28 Stat. 615 – pamphlets & Statutes At Large are "competent evidence" (1 USC 113)

15) Volume 32 (57th Cong., 1901-1903) - Statutes At Large began assigning public law numbers in the margins to acts for each congressional session. Private law numbers were also assigned to private laws which generally included in Part II with concurrent resolutions, treaties and proclamations.

16) Volume 33 (58th Cong., 1903-1905) - Statutes At Large began **showing in the margin the bill number** or joint resolution that was enacted into law (per Act of Apr. 12, 1904, No. 20, 33 Stat. 589; 44 USC 729). Before that time refer to *Legislative Reference Checklist: the Key to Legislative Histories from 1789-1903* by Eugene Nabors, Rothman & Co., 1982.

17) Volume 35 (60th Cong., 1907-1909) - Statutes At Large began assigning each public and private act a **unique public or private law number within a congress** rather then a congressional session. This number was placed in the margin. Slip laws also had this number (Public, No. ##).

18) Volume 47 (72nd Cong., 1931-1933) - Statutes At Large began publishing **international agreements**. The **use of subsections** gradually became more common in the 1930's.

19) Volume 50 (75th Cong., 1st Sess., 1937) - Statutes At Large began the practice of issuing a new **volume every congressional session instead of every congress** (sometimes with multiple parts).

20) Volume 52 (75th Cong., 3rd Sess., 1938) - Statutes At Large began showing the public law number (termed "Act") in the table of contents, but no popular name index until volume 105 (1991).

21) Volume 55 (77th Cong., 1st Sess., 1941) - Statutes At Large began using the title "Public Law" in the margin instead of "Public, No." Also in 1941 **West begins its publication**, U.S. Code Congressional Service, which contains most of the U.S. Statutes and selected related legislative history documents. It is succeeded in 1951 by U.S. Code Congressional and Administrative News.

22) Volume 63 (81st Cong., 1st Sess., 1949) - Statutes At Large began being published **under the direction of the Federal Register Division**, National Archives and Record Service instead of under the Secretary of State (Act of Sep. 23, 1950, ch. 1001, §1, 64 Stat. 979, 1 U.S.C. 112).

23) Volume 65 (82nd Cong., 1st Sess., 1951) - Statutes At Large **no longer publishing treaties and int'l agreements** but began publishing an individual index & PL numbers placed above statute.

24) Volume 71 (85th Cong., 1st Sess., 1957) - Statutes At Large **no longer using chapter numbers. Public and private laws are now officially cited** using their uniquely assigned public and private law numbers. The Statutes also began publishing, until 1970, tables on amendments and repeals of previous laws. At this time Statute volumes resumed a height of 10 inches instead of 11.5 inches.

25) Volume 89 (94th Cong., 1st Sess., 1975) - Statutes At Large began publishing **each public law on a new page** thus allowing Statute page references to be included in the initial publication of individual slip laws. Brief **legislative history references** also began to be published at the end of each law, which had been the practice on slip laws since the first session of 88th Congress (1963).

## E. Electronic Sources for U.S. Statutes and Public Laws

1) GPO Access has full text of all public laws/statues **from 1995** (104th Cong.; text & PDF)
2) GPO Access has text of all bills (see enrolled version) from 1993 (103rd Cong.; text & PDF)
3) THOMAS has full text of all bills (see enrolled version)**from 1989** (101st Cong.; html)
4) Library of Congress American Memory Project has U.S. Statutes At Large from **1789 to 1873** (http://memory.loc.gov/ammem/amlaw/lawhome.html)
5) Potomac Publishing Company has digitized U.S. Statutes At Large from **1789 to present** (PDF)
6) LexisNexis has statutes (from PotomacPub.com) from 1789 accessible by citation & titles. Note: Lexis arranges its PDF statutes in 10 page increments. Occasionally, pages are mixed up.
7) Westlaw now has **searchable** Statutes At Large from **1789 to1972**; also with cite finders.
8) Westlaw has full text of public laws **from 1973** (93rd Cong.; see USCCAN-PL file)
9) LexisNexis has full text of public laws **from 1988** (100th Cong., 2nd. Sess.; see PUBLAW file)
10) LexisNexis has text of all bills (see enrolled version) from 1989 (101st Cong.)
11) Westlaw has text of all bills (see enrolled version) from 1995 (104th Cong.)
12) CQ.com has text of all bills (see enrolled version) from 1995 & archives **from 1987** (100th Cong.)
13) GalleryWatch.com has text of bills (see enrolled vers.) from 1997 (105th Cong.); TheLaw.net 99+

## F. Information Sources on New Public Laws and Statutes

1) The House (202/225-3153) and Senate (202/224-8427) **Enrolling Clerk's office** have to prepare an enrolled version of their acts for the signature by House and Senate officers before a bill goes to the President. Note: On rare occasions, when speed is essential, an enrolled version of a large bill may not be prepared for the President's signature. See, for instance, Public Law 105-277 (H.R. 4328). The President has 10 days, beginning on midnight the day he receives it, but excluding Sundays and holidays, to sign or veto a bill. The enrolled version of an act (now available via GPO Access in PDF) has the exact pagination that the public law will have in statutory form.
2) The White House **Executive Clerk's Office** has a recording (202/456-2226) on recent Presidential action or reception of most bills. The recording will not note minor public laws or private laws.
3) The **Office of the Federal Register** (202/741-6040) assigns new public law numbers and statute pages in a consecutive manner and publishes the cites in the daily Federal Register and also on its PENS electronic mail service. It is usually available about 2-7 days after the President signs a law.
4) GPO publishes **slip laws some weeks or months later**. Until then use enrolled bill version or the conference report which is always published in Cong. Record and is frequently earliest text of law.

4

**G. Bibliography and Source Material on United States Statutes**

*Congressional Record;* and its *Index.* Government Printing Office (selected volumes and pages).

Conklin, Curt E. and Francis Acland. *An Historical and Bibliographic Introduction to the United States Statues At Large.* 30 pp. Provo, Utah: Government Publication Press, 1992.

Dwan, Ralph H. and Ernest R. Feidler. "The Federal Statutes - Their History and Use, " *Minnesota Law Review,* v. 22, pp. 1008-1029 (1938).

McKinney, Richard J. *Federal Legislative History Documents: Listings of Electronic Sources with Years/Congresses Available* at http://www.llsdc.org/sourcebook/docs/elec-leg-hist-docs.pdf.

Potomac Publishing Company. "History and description of the United States Statutes at Large and the United States Code" at http://www.potomacpub.com/history.asp.

Surrency, Erin C. "The Publication of Federal Laws: A Short History," *Law Library Journal,* v. 79, pp. 469-483 (1987).

*United States Statutes at Large.* Little, Brown & Company (1845-1873), Government Printing Office (1874 to present). Includes the *Revised Statutes* (of 1873 and 1878) and the *Code of Laws of the United States of America* (1926).

12                    THE CONSTITUTION OF THE UNITED STATES.

to be the judge of the elections, returns, and qualifications of its members. A majority to form a quorum.

Rules of proceeding.

Each House to keep a journal. Yeas and nays.

Adjournments of the Houses of Congress.

Compensation of the Senators and Representatives. Privileged from arrest, with exceptions. Not to be questioned in any other place for any speech or debate in either House.

Appointment to office of Senators or Representatives. No person holding any office under the U. S. to be a member of either House during his continuance in office.

Bills for raising revenue.

Bills, after having passed Congress, to be presented to the President. Proceedings when the President disapproves.

Every order, resolution, or vote, of both Houses (except on a question of adjournment) to be presented to the President of the U. S.

Powers of Congress.

members, in such manner, and under such penalties, as each House may provide.

Each House may determine the rules of its proceedings, punish its members for disorderly behaviour, and, with the concurrence of two thirds, expel a member.

Each House shall keep a journal of its proceedings, and from time to time publish the same, excepting such parts as may, in their judgment, require secrecy; and the yeas and nays of the members of either House on any question, shall, at the desire of one fifth of those present, be entered on the journal.

Neither House, during the session of Congress, shall, without the consent of the other, adjourn for more than three days, nor to any other place than that in which the two Houses shall be sitting.

§ 6. The Senators and Representatives shall receive a compensation for their services, to be ascertained by law, and paid out of the Treasury of the United States. They shall, in all cases, except treason, felony, and breach of the peace, be privileged from arrest during their attendance at the session of their respective Houses, and in going to, and returning from, the same; and for any speech or debate in either House, they shall not be questioned in any other place.

No Senator or Representative shall, during the time for which he was elected, be appointed to any civil office under the authority of the United States, which shall have been created, or the emoluments whereof shall have been increased during such time; and no person holding any office under the United States, shall be a member of either House during his continuance in office.

§ 7. All bills for raising revenue shall originate in the House of Representatives; but the Senate may propose or concur with amendments as on other bills.

Every bill which shall have passed the House of Representatives and the Senate, shall, before it become a law, be presented to the President of the United States; if he approve he shall sign it, but if not he shall return it, with his objections, to that House in which it shall have originated, who shall enter the objections at large on their journal, and proceed to reconsider it. If after such reconsideration two thirds of that House shall agree to pass the bill, it shall be sent, together with the objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a law. But in all such cases the votes of both Houses shall be determined by yeas and nays, and the names of the persons voting for and against the bill shall be entered on the journal of each House respectively. If any bill shall not be returned by the President within ten days, (Sundays excepted,) after it shall have been presented to him, the same shall be a law, in like manner as if he had signed it, unless the Congress by their adjournment prevent its return, in which case it shall not be a law.

Every order, resolution, or vote, to which the concurrence of the Senate and House of Representatives may be necessary, (except on a question of adjournment,) shall be presented to the President of the United States; and before the same shall take effect, shall be approved by him, or being disapproved by him, shall be re-passed by two thirds of the Senate and House of Representatives, according to the rules and limitations prescribed in the case of a bill.

§ 8. The Congress shall have power(a)

---

(a) Congress must possess the choice of means, and must be empowered to use any means, which are in fact conducive to the exercise of a power granted by the Constitution. United States v. Fisher, et al.; Assignees of Blight, 2 Cranch's Rep. 358; 1 Cond. Rep. 421.

## THE CONSTITUTION OF THE UNITED STATES.

**13**

To lay and collect taxes, duties, imposts and excises,(*a*) to pay the debts, and provide for the common defence and general welfare of the United States; but all duties, imposts, and excises shall be uniform throughout the United States :(*b*)

To borrow money on the credit of the United States :

To regulate commerce with foreign nations, and among the several States, and with the Indian tribes :(*c*)

To establish an uniform rule of naturalization,(*d*) and uniform laws on the subject of bankruptcies throughout the United States :(*e*)

*To lay taxes, and provide for the common defence and welfare. Duties to be uniform.*
*To borrow money.*
*To regulate commerce.*
*Naturalization.*
*Bankruptcies.*

---

The powers granted to Congress are not exclusive of similar powers existing in the States, unless where the Constitution has expressly, in terms, given an exclusive power to Congress; or the exercise of a like power is prohibited to the States; or there is a direct repugnancy, or incompatibility in the exercise of it by the States. The example of the first class is to be found in the exclusive legislation delegated to Congress over places purchased by the consent of the legislature of the State in which the same shall be located for forts, arsenals, dock-yards, &c.; of the second class, of the prohibition of a State to coin money, or emit bills of credit; of the third class, the power to establish a uniform rule of naturalization, and the delegation of admiralty and maritime jurisdiction. In all other cases the States retain concurrent authority with Congress.   Houston v. Moore, 5 Wheat. 1; 4 Cond. Rep. 589.

An act of Congress repugnant to the Constitution cannot become the law of the land.  Marbury v. Madison, 1 Cranch, 137; 1 Cond. Rep. 267.

The mere grant of power to Congress does not imply a prohibition on the States to exercise the same power.   Whenever the terms in which such a power is granted to Congress require that it should be exercised exclusively by Congress, the subject is as completely taken from the State legislatures, as if they had been expressly forbidden to act upon it.  Sturges v. Crowninshield, 4 Wheat. 122: 4 Cond. Rep. 409.

(*a*) The power of Congress to levy and collect taxes, duties, imposts, and excises, is co-extensive with the territory of the United States.  Loughborough v. Blake, 5 Wheat. 317; 4 Cond. Rep. 660.

The power of Congress to exercise exclusive legislation, in all cases whatever, within the District of Columbia, includes the power of taxing it.   *Ibid.*

The authority of Congress to lay and collect taxes, does not interfere with the power of the States to tax for the support of their own governments; nor is the exercise of that power by the States, an exercise of any portion of the power that is granted to the United States.  Gibbons v. Ogden, 9 Wheat. 1; 5 Cond. Rep. 562.

(*b*) The constitutional provision that direct taxes shall be apportioned among the several States, according to their respective numbers, to be ascertained by a census, was not intended to restrict the power of imposing direct taxes to States only.  Loughborough v. Blake, 5 Wheat. 317; 4 Cond. Rep. 660.

(*c*) An act of Congress, laying an embargo for an indefinite period of time, is constitutional and valid.  The United States v. The William, 2 Hall's Am. Law Jour. 255.

The power of regulating commerce extends to the regulation of navigation.  Gibbons v. Ogden, 9 Wheat. 1; 5 Cond. Rep. 562.

The power to regulate commerce extends to every species of commercial intercourse between the United States and foreign nations, and among the several States.  It does not stop at the external boundary of a State; but it does not extend to a commerce which is completely internal.   *Ibid.*

The power to regulate commerce is general, and has no limitations but such as are prescribed by the Constitution itself.  This power, so far as it extends, is exclusively vested in Congress, and no part of it can be exercised by a State.   *Ibid.*

The power of regulating commerce extends to navigation carried on by vessels employed in transporting passengers.   *Ibid.*

All those powers which relate to merely municipal legislation, or which may be properly called internal police, are not surrendered (by the States) or restrained, and consequently in relation to those the authority of a State is complete, unqualified, and exclusive.  The City of N. York v. Miln, 11 Peters, 102.

The act of the legislature of New York passed February 1824, entitled, "An Act concerning passengers in vessels arriving in the port of New York," is not a regulation of commerce, but of police; and being so, it was passed in the exercise of a power which belonged to that State.   *Ibid.*

The power to regulate commerce, includes the power to regulate navigation, as connected with the commerce with foreign nations and among the States.  It does not stop at the mere boundary line of a State, nor is it confined to acts done on the waters, or in the necessary course of the navigation thereof. It extends to such acts done on the land, which interfere with, obstruct, or prevent the due exercise of the powers to regulate commerce and navigation with foreign nations, and among the States.  Any offence which thus interferes with, obstructs, or prevents such commerce and navigation, though done on land, may be punished by Congress, under its general authority to make all laws necessary and proper to execute their delegated constitutional powers.  The United States v. Lawrence Coombe, 12 Peters, 72.

Persons are not the subjects of commerce, and not being imported goods, they do not fall within the meaning founded upon the Constitution, of a power given to Congress, to regulate commerce, and the prohibition of the States for imposing a duty on imported goods.  *Ibid.*; Gibbons v. Ogden, 9 Wheat. 1; 5 Cond. Rep. 562.

(*d*) Under the Constitution of the United States, the power of naturalization is exclusively in Congress.  Chirac v. Chirac, 2 Wheat. 259; 4 Cond. Rep. 111; Houston v. Moore, 5 Wheat. 1; 4 Cond. Rep. 589.

(*e*) The powers of Congress to establish uniform laws on the subject of bankruptcy throughout the

Exhibit - Page 33

**14**                    THE CONSTITUTION OF THE UNITED STATES.

To coin money. To fix the standard of weights and measures.
To punish counterfeiters.
Post-offices.
To promote the progress of science and useful arts.
Inferior tribunals.
Piracies on the high seas.
To declare war.
To raise armies.
Navy, &c.
Government of the army and navy.
Militia.

For the organization, &c. of the militia.

Exclusive Legislation over seat of government of the U. S.
Exclusive authority over places purchased with the consent of States.
To make laws for carrying into execution all powers vested in government of U. S.
Migration or importation of persons.

To coin money, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures:

To provide for the punishment of counterfeiting the securities and current coin of the United States:

To establish post-offices and post-roads:

To promote the progress of science and useful arts, by securing, for limited times, to authors and inventors, the exclusive right to their respective writings and discoveries:

To constitute tribunals inferior to the Supreme Court:

To define and punish piracies and felonies committed on the high seas, and offences against the law of nations :(*a*)

To declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water:

To raise and support armies: but no appropriation of money to that use shall be for a longer term than two years:

To provide and maintain a navy:

To make rules for the government and regulation of the land and naval forces:

To provide for calling forth the militia to execute the laws of the Union, suppress insurrections and repel invasions:

To provide for organizing, arming, and disciplining the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the States respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress.(*b*)

To exercise exclusive legislation, in all cases whatsoever, over such district (not exceeding ten miles square) as may by cession of particular States, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the State in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings.    And,

To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.(*c*)

§ 9. The migration or importation of such persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the year one thousand eight hundred and eight; but a tax or duty may be imposed on such importation, not exceeding ten dollars for each person.

---

United States, does not exclude the right of the States to legislate on the same subject, except when the power is actually exercised by Congress, and the State laws conflict with those of Congress. Ogden *v.* Saunders, 12 Wheat. 213; 6 Cond. Rep. 523; Sturges *v.* Crowninshield, 4 Wheat. 122; 4 Cond. Rep. 409.

Since the adoption of the Constitution of the United States, a state has authority to pass a Bankrupt law, provided such law does not impair the obligation of contracts; and provided there be no act of Congress in force to establish a uniform system of bankruptcy, conflicting with such law.  Sturges *v.* Crown-inshield, 4 Wheat. 122; 4 Cond. Rep. 409.

(*a*) The act of the 3d March, 1819, chap. 76, sec. 5, referring to the law of nations for a definition of the crime of piracy, is a constitutional exercise of the power of Congress to define and punish that crime.  United States *v.* Smith, 5 Wheat. 153; 4 Cond. Rep. 619.  See also United States *v.* Palmer, 3 Wheat. 610; 4 Cond. Rep. 352.

(*b*) The act of Congress of Feb. 28, 1795, to provide for the calling out the militia to execute the laws of the Union, suppress insurrections, and repel invasions, is within the constitutional powers of Congress.  Martin *v.* Mott, 12 Wheat. 19; 6 Cond. Rep. 410.

(*c*) Congress must possess the choice of means, and must be empowered to use any means which are in fact conducive to the exercise of a power granted by the Constitution.  United States *v.* Fisher et al., 2 Cranch, 358; 1 Cond. Rep. 421.  Van Horne's Lessee *v.* Dorrance, 2 Dall. 304; Marbury *v.* Madison, 1 Cranch, 137; 1 Cond. Rep. 267, 268.  The United States *v.* Bevans, 3 Wheat. 336; 4 Cond. Rep. 275.  McCulloch *v.* Maryland, 4 Wheat. 316; 4 Cond. Rep. 466.  United States *v.* Tingey, 5 Peters, 115.  Anderson *v.* Dunn, 6 Wheat. 204.  Dugan *v.* The United States, 3 Wheat. 172; 4 Cond. Rep. 223.  The Exchange, 7 Cranch, 116; 2 Cond. Rep. 439.  Osborn *v.* The Bank of the United States, 9 Wheat. 738; 5 Cond. Rep. 741.  Harrison *v.* Sterry, 5 Cranch, 289; 2 Cond. Rep. 260.  Postmaster General *v.* Early, 12 Wheat. 136; 6 Cond. Rep. 480.

**Exhibit - Page 34**

United States shall be a party; to controversies between two or more States, between a State and citizens of another State, between citizens of different States, between citizens of the same State claiming lands under grants of different States, and between a State, or the citizens thereof, and foreign States, citizens or subjects.

*Original juris-diction of the Supreme Court.*
*Appellate jurisdiction of the Supreme Court.*

In all cases affecting ambassadors, other public ministers and consuls,(a) and those in which a State shall be party, the Supreme Court shall have original jurisdiction.(b) In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations, as the Congress shall make.(c)

*Trial by jury.*

The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the State where the said crimes shall have been committed; but when not committed within any State, the trial shall be at such place or places as the Congress may by law have directed.

*Treason.*
*Conviction for treason.*

§ 3. Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

*Punishment of treason.*
*Attainder.*

The Congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture, except during the life of the person attainted.

*The public acts, &c., of the States to have full faith and credit.*

ART. IV. § 1. Full faith and credit shall be given in each State to the public acts, records, and judicial proceedings of every other State. And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof.(d)

*Citizens of the States entitled to equal privileges.*

§ 2. The citizens of each State shall be entitled to all privileges and immunities of citizens in the several States.

*Fugitives from justice.*

A person charged in any State with treason, felony, or other crime, who shall flee from justice, and be found in another State, shall, on demand of the executive authority of the State from which he fled, be delivered up, to be removed to the State having jurisdiction of the crime.

*Fugitives from labour.*

No person held to service or labour in one State, under the laws thereof, escaping into another, shall, in consequence of any law or regulation therein, be discharged from such service or labour, but shall

---

(a) An indictment under the crimes act of 1790, chap. 9, sec. 28, for infracting the law of nations by offering violence to the person of a foreign minister, is a case " affecting ambassadors and other public ministers, or consuls," within the second section of the third article of the Constitution of the United States. The United States *v.* Ortega, 11 Wheat. 467; 6 Cond. Rep. 394.

(b) On the original jurisdiction of the Supreme Court, the following cases have been decided: Ex parte Kearney, 7 Wheat. 38; 5 Cond. Rep. 225. M'Cluny *v.* Sullivan, 2 Wheat. 369; 4 Cond. Rep. 162. The Columbian Insurance Company *v.* Wheelwright, 7 Wheat. 534; 5 Cond. Rep. 334. United States *v.* Hamilton, 3 Dall. 17. Ex parte Tobias Watkins, 3 Peters, 193. Ex parte Crane et al., 5 Peters 190. United States *v.* Ravara, 2 Dall. 297. Cherokee Nation *v.* The State of Georgia, 5 Peters, 1. The State of New Jersey *v.* The State of New York, 5 Peters, 284. Ex parte Juan Madrazzo, 7 Peters, 627. The State of Rhode Island *v.* The State of Massachusetts, 12 Peters, 657–755. Cohens *v.* The State of Virginia, 6 Wheat. 264; 5 Cond. Rep. 90. Osborn *v.* The Bank of the United States, 9 Wheat. 738; 5 Cond. Rep. 741. Fowler et al. *v.* Lindsey et al., 3 Dall. 411.

(c) Upon the appellate powers of the Supreme Court, the following cases have been decided: United States *v.* Goodwin, 7 Cranch, 108; 2 Cond. Rep. 434. Wiscart *v.* Dauchy, 3 Dall. 321; 1 Cond. Rep. 144. United States *v.* Moore, 3 Cranch, 159; 1 Cond. Rep. 480. Osborn *v.* The Bank of the United States, 9 Wheat. 738; 5 Cond. Rep. 741. Owings *v.* Norwood's Lessee, 5 Cranch, 344; 2 Cond. Rep. 275. Martin *v.* Hunter's Lessee, 1 Wheat. 304; 3 Cond. Rep. 575. Gordon *v.* Caldcleugh, 3 Cranch, 268; 1 Cond. Rep. 524. Ex parte Kearney, 7 Wheat. 38; 5 Cond. Rep. 225. Inglee *v.* Coolidge, 2 Wheat. 363; 4 Cond. Rep. 155. Gelston et al. *v.* Hoyt, 3 Wheat. 246; 4 Cond. Rep. 244. Nicholls et al. *v.* Hodges' Ex'r, 1 Peters, 562. Buel *v.* Van Ness, 8 Wheat. 312; 5 Cond. Rep. 445. Miller *v.* Nicholls, 4 Wheat. 311; 4 Cond. Rep. 465. Matthews *v.* Zane et al. 7 Wheat. 164; 5 Cond. Rep. 265. Houston *v.* Moore, 3 Wheat. 433; 4 Cond. Rep. 286. Williams *v.* Norris, 12 Wheat. 117; 6 Cond. Rep. 462. Montgomery *v.* Hernandez, 12 Wheat. 129; 6 Cond. Rep. 475. Gibbons *v.* Ogden, 6 Wheat. 448; 5 Cond. Rep. 134. Weston et al. *v.* The City Council of Charleston, 2 Peters, 449.

(d) Mills *v.* Duryee, 7 Cranch, 481; 2 Cond. Rep. 573. Hampton *v.* M'Connel, 3 Wheat. 234; 4 Cond. Rep. 243. See act of May 26, 1790, chap. 11. Act **Exhibit B, Page 35** 4; 4 Cond.

## THE CONSTITUTION OF THE UNITED STATES.

be delivered up on claim of the party to whom such service or labour may be due.(a)

§ 3. New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the jurisdiction of any other State; nor any State be formed by the junction of two or more States, or parts of States, without the consent of the legislatures of the States concerned, as well as of the Congress.

*New States. Formation of new States out of other States.*

The Congress shall have power to dispose of and make all needful rules and regulations respecting the territory or other property belonging to the United States; and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of any particular State.

*Congress to have power to dispose of and make regulations respecting the territories or other property of the U. S.*

§ 4. The United States shall guarantee to every State in this Union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive, (when the legislature cannot be convened,) against domestic violence.

*Guarantee by the U. S. of a republican form of government to every State; and each State to be protected from invasion, and against domestic violence.*

ART. V. The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose amendments to this Constitution, or, on the application of the legislatures of two thirds of the several States, shall call a convention for proposing amendments, which, in either case, shall be valid to all intents and purposes, as part of this Constitution, when ratified by the legislatures of three fourths of the several States, or by conventions in three fourths thereof, as the one or the other mode of ratification may be proposed by the Congress; provided, that no amendment, which may be made prior to the year one thousand eight hundred and eight, shall in any manner affect the first and fourth clauses in the ninth section of the first article; and that no State, without its consent, shall be deprived of its equal suffrage in the Senate.

*Amendments to Constitution. No State, without its consent, shall be deprived of an equal suffrage in the Senate.*

ART. VI. All debts contracted, and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States, under this Constitution, as under the confederation.

*Debts &c., contracted before the adoption of the Constitution to be valid against the U. S.*

This Constitution, and the laws of the United States which shall be made in pursuance thereof, and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land: and the judges, in every State, shall be bound thereby, any thing in the Constitution or laws of any State to the contrary notwithstanding.

*The Constitution and laws of the U. S. or treaties, the supreme law of the land.*

The Senators and Representatives before mentioned, and the members of the several State legislatures, and all executive and judicial officers, both of the United States and of the several States, shall be bound, by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

*Oath or affirmation to support the Constitution. No religious test a qualification for office.*

ART. VII. The ratification of the conventions of nine States, shall be sufficient for the establishment of this Constitution between the States so ratifying the same.

*Ratification of the Constitution.*

*Done in Convention, by the unanimous consent of the States present, the seventeenth day of September, in the year of our Lord one thousand*

---

(a) Prigg v. The Commonwealth of Pennsylvania, 16 Peters, 539. The clause in the Constitution relating to fugitives from labour, manifestly contemplates the existence of a positive, unqualified right on the part of the owner of the slave, which no State law or regulation can in any way qualify, regulate, control, or restrain. Any law or regulation which interrupts, limits, delays, or postpones the rights of the owner to the immediate command of his service or labour, operates pro tanto, a discharge of the slave therefrom. The question can never be how much he is discharged from; but whether he is discharged from any service by the natural and necessary operation of the State laws, or State regulations. The question is not one of quantity and degree, but of withholding or controlling the incidents of a positive right.

The owner of a fugitive slave has the same right to take him in a State to which he has escaped or fled, that he had in the State from which he escaped; and it is well known that this right to seizure or re-capture is universally acknowledged in all the slave-holding States. *Ibid.*

**Exhibit - Page 36**

ase 6:20-cv-00471-MK    Document 40    Filed 12/10/20    Page 56 of 5

TWENTY-EIGHTH CONGRESS.  Sess. II. Res. 10.  1845.    799

is hereby authorized and directed to contract, on behalf of the General Government, with Messieurs Little and Brown, for one thousand copies of their proposed edition of the Laws and Treaties of the United States, at a price not exceeding three dollars and fifty cents a volume: *Provided, nevertheless,* That the contract aforesaid shall be made upon the terms and conditions following, that is to say: *First,* That the work shall be executed, from stereotype plates, in the style proposed by the said Little and Brown in their memorial presented to Congress at the present session thereof, in volumes, well bound, of not less than eight hundred super-royal octavo pages, with a very wide text, and a syllabus of each section in small type; the text to be on long primer, the types having a full round face, and being entirely new, and the paper to be of the best quality, sized, so that notes, in manuscript, may be written on the margin of the pages. *Second.* That the work shall contain the articles of Confederation, the Constitution, all the public and all the private laws and resolves, whether obsolete, repealed, or in force, and whether temporary or permanent, as well those respecting the District of Columbia as all others, and all treaties with foreign nations and Indian tribes; but the treaties may be printed separately, and the private laws separately, in the same style and in the same order of arrangement with the others; the general laws and resolves to be contained in four octavo volumes, and the private laws and treaties in two additional octavo volumes. *Third.* There shall be a reference by a foot note, in small type, at the bottom of each page, to all laws passed subsequently or previously to that in the text, on the same subject whether printed in pamphlet or otherwise, with such explanations as may aid in obtaining a knowledge of the changes of Congressional legislation on the subjects of the laws; and in the volumes of the treaties there shall be such reference, and by a similar note, to all the legislation of Congress, on the subjects of the treaties. *Fourth.* If parts of a law only have been repealed, or parts only are in force, it shall be accurately and exactly marked in the margin. *Fifth.* The laws, resolves, and treaties shall be arranged in strict chronological order; the laws of each session furnishing chapters, designated numerically to the end of each session, and the whole series of laws of each session to be described as one statute; the day of the approval of each act to be stated at the end thereof; a running title at the head of each page, to express the session of Congress, the date and chapter of each act; and at the beginning of each Congress shall be stated the place where the session was held, the name of the President of the United States, of the President of the Senate, and the Speaker of the House of Representatives. *Sixth.* At the foot of each page, in a note, reference shall be made to all decisions of the supreme, circuit and district courts, construing or applicable to the law or treaty in the text. *Seventh.* There shall be a full alphabetical verbal general index of all the matters of the laws, resolves, and treaties, at large, under the leading heads, with full reference, under the minor heads, to all the matters, according to the plan and illustration in the memorial aforesaid; and a separate index of the matters in each volume, prepared in the same manner as the general index, shall be subjoined to each volume. There shall be an appendix at the end of each volume, containing a complete list of all the acts, resolves, and treaties, in the volume, chronologically arranged, with a brief and general description of the subject of the act, in this form, that is to say:

Stat. 1789, chap. 1. Oaths of office.

Stat. 1789, chap. 2. Duties.

Stat. 1789, chap. 3. Duties on tonnage.

Stat. 1789, chap. 4. Establishment of Executive Departments. *Eighth.* The said Little and Brown shall stipulate, with good and sufficient and satisfactory security, to furnish the United States with such

*Attorney General authorized to contract with Little & Brown.*

*Proviso, conditions of contract.*